# In the United States Court of Federal Claims

## NOTICE

**DISTRIBUTION POSTAL CONSULTANTS, INC.**

**No. 08-17C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., January 9, 2008**

To Attorney of Record, Assistant Attorney General and Judge Eric G. Bruggink:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the District of Maryland, No. RDB-07-200, consisting of an electronic file.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**s/John Buckley**
**John Buckley, Acting Clerk of the Court**