CLOSED

# U.S. District Court
# District of Maryland (Baltimore)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00200-RDB
# Internal Use Only

Distribution Postal Consultants, Inc. v. United States Postal Service
Assigned to: Judge Richard D Bennett
Demand: $1,200,000
Cause: 28:1330 Breach of Contract

Date Filed: 01/23/2007
Date Terminated: 06/04/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Distribution Postal Consultants, Inc.** represented by **Robert B Scarlett**
Scarlett and Croll PA
201 N Charles St Ste 600
Baltimore, MD 21201
14104683100
Fax: 14103324026
Email: RScarlett@ScarlettCroll.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Postal Service** represented by **Ariana Wright Arnold**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094883
Fax: 14109629947
Email: Ariana.Arnold@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tarra DeShields Minnis**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094800
Fax: 14109629947
Email: Tarra.DeShields@USDOJ.gov
*LEAD ATTORNEY*

I attest and certify on 1/3/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND
By H. Lee Deputy

*ATTORNEY TO BE NOTICED*

**Anthony F Alverno**
United States Postal Service
475 L Enfant Plz SW
Washington, DC 20260
12022682997
Fax: 1202268-5418
Email: anthony.f.alverno@usps.gov
*ATTORNEY TO BE NOTICED*

**William T Alvis**
United States Postal Service
475 L Enfant Plz SW
Washington, DC 20260
12022682982
Fax: 12022683084
Email: william.t.alvis@usps.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/23/2007 | 1 | Verified COMPLAINT against United States Postal Service (Filing fee $ 350.Receipt # 00000000000), filed by Distribution Postal Consultants, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(ljs, Deputy Clerk) Additional attachment(s) added on 1/23/2007 (ljs, Deputy Clerk). (Entered: 01/23/2007) |
| 01/23/2007 | 2 | Emergency MOTION for Preliminary Injunction, Emergency MOTION for Temporary Restraining Order by Distribution Postal Consultants, Inc.. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(ljs, Deputy Clerk). (Entered: 01/23/2007) |
| 01/23/2007 | 3 | Summons Issued 60 days as to United States Postal Service, U.S. Attorney and U.S. Attorney General (ljs, Deputy Clerk) (Entered: 01/23/2007) |
| 01/23/2007 | | Deficiency Notice as to Distribution Postal Consultants, Inc.. Your Local Rule 103.3 disclosure statement has not been filed.The Statement must be filed by 2/1/2007 (ljs, Deputy Clerk) (Entered: 01/23/2007) |
| 01/25/2007 | | Motion Hearing held on 1/25/2007 re 2 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by Distribution Postal Consultants, Inc.; Witnesses and argument of counsel heard; Oral Order J. Quarles "Granting" motion on the terms and conditions and for reasons stated in open Court, held before Judge William D Quarles Jr.. (Court Reporter Martin Giordano.) (rhl, Deputy Clerk) (Entered: 01/26/2007) |
| 01/26/2007 | 4 | ORDER granting 2 Motion for Preliminary Injunction, Motion for TRO; |

| | | |
|---|---|---|
| | | DPS shall post a bond, cash or corporate surety within five(5)days, and within ten(10) days propose to the Court a Schedule for payment; USPS shall respond within four(4) days.. Signed by Judge William D Quarles Jr. on 1/26/07. (c/s Finance) (eg, Deputy Clerk) (Entered: 01/26/2007) |
| 01/26/2007 | 5 | TRO HEARING EXHIBITS by United States Postal Service.. (FILED SEPARATELY)(eg, Deputy Clerk) (Entered: 01/26/2007) |
| 02/02/2007 | 6 | REQUEST FOR ENTRY of Appearance by Anthony F Alverno on behalf of United States Postal Service (eg, Deputy Clerk) Modified on 2/2/2007 (eg, Deputy Clerk). (Entered: 02/02/2007) |
| 02/02/2007 | 7 | REQUEST FOR ENTRY of Appearance by William T Alvis on behalf of United States Postal Service (eg, Deputy Clerk) (Entered: 02/02/2007) |
| 02/15/2007 | 8 | NOTICE of Appearance by Ariana Wright Arnold on behalf of United States Postal Service (Arnold, Ariana) (Entered: 02/15/2007) |
| 02/19/2007 | 9 | RESPONSE re 4 Order on Motion for Preliminary Injunction, Order on Motion for TRO,, *Plaintiff Filing of Analysis of Minimum Schedule of Payments of Cumulative Postal Sales* filed by Distribution Postal Consultants, Inc.. (Attachments: # 1 Exhibit Analysis of Minimum Schedule of Payments on Cummulative Postal Sales)(Scarlett, Robert) (Entered: 02/19/2007) |
| 02/26/2007 | 10 | RESPONSE re 9 Response, *Opposition to Proposed Schedule* filed by United States Postal Service. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Arnold, Ariana) (Entered: 02/26/2007) |
| 02/26/2007 | 11 | MOTION for Order to Show Cause *Why Jan 26, 2007 Order Should not Be Vacated* by United States Postal Service. Responses due by 3/15/2007 (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Arnold, Ariana) (Entered: 02/26/2007) |
| 03/15/2007 | 12 | RESPONSE to Motion re 11 MOTION for Order to Show Cause *Why Jan 26, 2007 Order Should not Be Vacated* filed by Distribution Postal Consultants, Inc..Replies due by 3/29/2007. (Attachments: # 1 Exhibit 1 - Circuit Court Order Against American Mail Sort, Inc. and Robert Dunbedin# 2 Exhibit 2 - Proposed Budget of Plaintiff's Minimum Culmulative Monthly International Postal Sales# 3 Text of Proposed Order)(Scarlett, Robert) (Entered: 03/15/2007) |
| 03/23/2007 | 13 | Consent MOTION for Extension of Time to File Answer re 1 Complaint,, MOTION for Extension of Time to File Response/Reply as to 12 Response to Motion, by United States Postal Service. Responses due by 4/9/2007 Responses due by 4/9/2007 (Arnold, Ariana) (Entered: 03/23/2007) |
| 03/23/2007 | 14 | Paperless ORDER granting 13 Defendant's unopposed Motion for Extension of Time to Answer and to file a Reply until 4/2/2007. (Bennett, Richard) (Entered: 03/23/2007) |
| 04/02/2007 | 15 | MOTION to Dismiss for Lack of Jurisdiction by United States Postal Service. Responses due by 4/19/2007 (Attachments: # 1 Memo in |

| | | |
|---|---|---|
| | | Support# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Errata 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11# 13 Errata 12)(Arnold, Ariana) (Entered: 04/02/2007) |
| 04/02/2007 | 16 | Consent MOTION for Extension of Time to File Response/Reply as to 12 Response to Motion, by United States Postal Service. Responses due by 4/19/2007 (Arnold, Ariana) (Entered: 04/02/2007) |
| 04/02/2007 | 17 | Paperless ORDER granting 16 Defendant's Consent Motion for Extension of Time. Reply due by 4/10/2007. (Bennett, Richard) (Entered: 04/02/2007) |
| 04/11/2007 | 18 | MOTION for Extension of Time to File Response/Reply as to 12 Response to Motion, by United States Postal Service. Responses due by 4/30/2007 (Arnold, Ariana) (Entered: 04/11/2007) |
| 04/11/2007 | 19 | REPLY to Response to Motion re 11 MOTION for Order to Show Cause *Why Jan 26, 2007 Order Should not Be Vacated* filed by United States Postal Service. (Arnold, Ariana) (Entered: 04/11/2007) |
| 04/13/2007 | 20 | MARGINAL ORDER granting 18 Motion for Extension of Time to File Reply to 12 Motion for Order to Show Cause/ Motion to Vacate. Signed by Judge Richard D Bennett on 4/12/07. (eg, Deputy Clerk) (Entered: 04/13/2007) |
| 04/23/2007 | 21 | Local Rule 103.3. (Scarlett, Robert) (Entered: 04/23/2007) |
| 04/23/2007 | 22 | MOTION to Amend/Correct 1 Complaint, by Distribution Postal Consultants, Inc.. Responses due by 5/10/2007 (Attachments: # 1 Text of Proposed Order)(Scarlett, Robert) (Entered: 04/23/2007) |
| 04/23/2007 | 23 | AMENDED COMPLAINT against United States Postal Service, filed by Distribution Postal Consultants, Inc.. (Attachments: # 1 Exhibit 8 - Defendant's Letter to Congressman Cardin)(Scarlett, Robert) (Entered: 04/23/2007) |
| 04/23/2007 | 24 | Consent MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss for Lack of Jurisdiction by Distribution Postal Consultants, Inc.. Responses due by 5/10/2007 (Attachments: # 1 Text of Proposed Order)(Scarlett, Robert) (Entered: 04/23/2007) |
| 04/23/2007 | 25 | RESPONSE in Opposition re 15 MOTION to Dismiss for Lack of Jurisdiction filed by Distribution Postal Consultants, Inc..Replies due by 5/7/2007. (Scarlett, Robert) (Entered: 04/23/2007) |
| 04/23/2007 | 26 | Memorandum re 15 MOTION to Dismiss for Lack of Jurisdiction *Memoradum of Law in Support to Plaintiff's Reply to Defendant's Motion to Dismiss for Lack of Jurisdiction* filed by Distribution Postal Consultants, Inc.. (Scarlett, Robert) (Entered: 04/23/2007) |
| 04/24/2007 | 27 | ORDER granting 24 Consent Motion for Extension of Time for Plaintiff to File Response re 15 MOTION to Dismiss for Lack of Jurisdiction. Signed by Judge Richard D Bennett on 4/24/07. (eg, Deputy Clerk) (Entered: 04/24/2007) |

| | | |
|---|---|---|
| 05/07/2007 | 28 | MOTION for Extension of Time to File Response/Reply as to 26 Memorandum, 25 Response in Opposition to Motion by United States Postal Service. Responses due by 5/24/2007 (Arnold, Ariana) (Entered: 05/07/2007) |
| 05/07/2007 | 29 | Paperless ORDER granting 28 Defendant's Motion for Extension of Time. Reply due May 10, 2007. (Bennett, Richard) (Entered: 05/07/2007) |
| 05/10/2007 | 30 | Consent MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Amend/Correct 1 Complaint,, 25 Response in Opposition to Motion by United States Postal Service. Responses due by 5/29/2007 (Arnold, Ariana) (Entered: 05/10/2007) |
| 05/10/2007 | 31 | Paperless ORDER granting 30 Defendant's Consent Motion for Extension of Time to File Response/Reply until May 18,2007. (Bennett, Richard) (Entered: 05/10/2007) |
| 05/18/2007 | 32 | REPLY to Response to Motion re 15 MOTION to Dismiss for Lack of Jurisdiction filed by United States Postal Service. (Arnold, Ariana) (Entered: 05/18/2007) |
| 05/18/2007 | 33 | RESPONSE in Opposition re 22 MOTION to Amend/Correct 1 Complaint, filed by United States Postal Service.Replies due by 6/1/2007. (Arnold, Ariana) (Entered: 05/18/2007) |
| 05/30/2007 | 34 | ORDER SCHEDULING Motions Hearing. Signed by Judge Richard D Bennett on 5/29/07. (eg, Deputy Clerk) (Entered: 05/30/2007) |
| 06/04/2007 | | Motion Hearing held on 6/4/2007 before Judge Richard D. Bennett re 22 MOTION to Amend/Correct 1 Complaint, filed by Distribution Postal Consultants, Inc., DENIED Judge Bennett 11 MOTION for Order to Show Cause *Why Jan 26, 2007 Order Should not Be Vacated filed by United States Postal Service, GRANTED Judge Bennett 15 MOTION to Dismiss for Lack of Jurisdiction filed by United States Postal Service GRANTED in part and DENIED in part for reasons stated in open court (Court Reporter L. Bankins.) (ggpb, Deputy Clerk) (Entered: 06/04/2007)* |
| 06/04/2007 | 35 | ORDER GRANTING 11 Motion for Order to Show Cause and VACATING the preliminary injunction order dated 1/26/07; GRANTING IN PART and DENYING IN PART 15 Motion of defendant to Dismiss for Lack of Jurisdiction; DENYING 22 Motion of plaintiff to Amend/Correct the complaint; TRANSFERRING all further proceedings to the U.S. Court of Federal Claims. Signed by Judge Richard D Bennett on 6/4/07. (hml, Deputy Clerk) (Entered: 06/04/2007) |
| 06/04/2007 | 36 | Correspondence from Clerk to the U.S. Court of Federal Claims re: Transfer. (hml, Deputy Clerk) (Entered: 06/04/2007) |
| 06/04/2007 | | (Court only) ***Civil Case Terminated. (hml, Deputy Clerk) (Entered: 06/05/2007) |
| 06/12/2007 | 37 | RECEIPT OF SERVICE Returned from the U.S. Court of Federal Claims |

| | | |
|---|---|---|
| | | re: Transfer. (hml, Deputy Clerk) (Entered: 06/12/2007) |
| 01/03/2008 | | (Court only) Certified Copy of Transfer Order and Docket Sheet Remailed (Certified Return Receipt) to Debbie Samler at the Court of Federal Claims***Staff notes (hmls, Deputy Clerk) (Entered: 01/03/2008) |

I hereby attest and certify on 1/3/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND
By H. Lee Deputy