ORIGINAL

FILED
JAN - 9 2008
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DISTRIBUTION POSTAL CONSULTANTS, INC., *

Plaintiff, *

v. * Civil Action No.: RDB 07-200

UNITED STATES POSTAL SERVICE, *

Defendant. *

08-17 C

* * * * * * * * * * * * *

**ORDER**

On June 4, 2007, this action came before this Court for a hearing on the following motions: (1) Motion to Show Cause Why Preliminary Injunction Should Not Be Vacated filed by Defendant (Paper No. 11); (2) Motion to Dismiss filed by Defendant (Paper No. 15); and (3) Motion to Amend Complaint filed by Plaintiff (Paper No. 22). Counsel having been heard and this Court having rendered its ruling for reasons stated on the record, it was this 4th day of June, 2007, ORDERED that:

1. The Motion to Show Cause Why Preliminary Injunction Should Not Be Vacated filed by Defendant (Paper No. 11) is GRANTED and the preliminary injunction ordered by this Court on January 26, 2007 is VACATED;

2. The Motion to Dismiss filed by Defendant (Paper No. 15) is GRANTED-IN-PART and DENIED-IN-PART;

   (a) Defendant's Motion to Dismiss is GRANTED with respect to Counts II and III of the Complaint;

   (b) Defendant's Motion to Dismiss is DENIED with respect to Count I of the Complaint;

3. The Motion to Amend Complaint (Paper No. 22) is DENIED;

4. All further proceedings in this case are transferred to the United States Court of Federal Claims pursuant to 28 U.S.C. § 1631;

5. Copies of this Order shall be transmitted to counsel of record as well as the Clerk of the Court for the United States Court of Federal Claims; and

6. The Clerk of this Court shall CLOSE this case.

Dated: June 4, 2007

/s/
Richard D. Bennett
United States District Judge



I hereby attest and certify on 1/3/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By H. Lee Deputy