IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DISTRIBUTION POSTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-17C |
| | ) | Senior Judge Bruggink |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Matthew H. Solomson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Matthew H. Solomson
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12106
Washington, D.C. 20530

Attention: Classification Unit,
8th Floor

s/Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 305-3274
Fax: (202) 514-8624
E-mail: Matthew.Solomson@usdoj.gov

Dated: February 1, 2008