IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DISTRIBUTION POSTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-17C |
| | ) | Senior Judge Bruggink |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The United States respectfully requests that this Court grant us an enlargement of time of 14 days, to and including March 31, 2008, within which to respond to plaintiff's complaint. Our response currently is due March 17, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff has consented to this request.

Our motion for an enlargement of time is necessary because additional time is required for undersigned counsel to coordinate the Government's response with agency counsel. Moreover, undersigned counsel will be out of the office for several days within the next two weeks, including for an argument at the Court of International Trade in New York.

For the foregoing reasons, we respectfully request that the Court grant this consent motion for an enlargement of time of 14 days, to and including March 31, 2008, within which we must respond to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.

REGINALD T. BLADES, JR.
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney
Commercial Litigation Branch
Civil Division, U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274

March 10, 2008 Counsel for Defendant