**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DISTRIBUTION POSTAL CONSULTANTS, INC.,** | * | |
| | * | |
| **Plaintiff,** | | |
| | * | **Case No.: 08-17C** |
| **v.** | | **(Judge Bruggink)** |
| | * | |
| **THE UNITED STATES,** | | |
| | * | |
| **Defendant.** | | |

***   *   *   *   *   *   *   *   *   *   *   *   ***

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Distribution Postal Consultants, Inc. respectfully requests that this Court grant us an enlargement of time of 7 days, to and including May 8, 2008, within which to respond to Defendant's Motion for Summary Judgment and, in the Alternative, Defendant's Motion to Dismiss. Our response currently is due May 1, 2008. This is our first request for an enlargement of time for this purpose. Defendant has consented to this request.

Our motion for an enlargement of time is necessary because additional time is required for undersigned counsel to gather evidence from witnesses and investigate the circumstances of the agreement between the Plaintiff and the United States in support of its Response.

For the foregoing reasons, we respectfully request that the Court grant this consent motion for an enlargement of time of 7 days, to and including May 8, 2008, within which we must respond to Defendant's Motion for Summary Judgment and, in the Alternative, Defendant's Motion to Dismiss.

Respectfully submitted,

Date: April 30, 2008

/s/ Robert B. Scarlett
Robert B. Scarlett

Date: April 30, 2008

/s/ Michael S. Myers
Michael S. Myers

SCARLETT & CROLL, P.A.
201 North Charles Street, Suite 600
Baltimore, Maryland 21201
410-468-3100

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on this 30th day of April, 2008, a copy of the foregoing Plaintiff's Consent Motion for an Enlargement of Time was sent via first class mail, postage prepaid, to:

Matthew H. Solomson, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division, U. S. Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N. W.
Washington, D.C. 20530

/s/ Michael S. Myers
Michael S. Myers