ORIGINAL

# INTERNATIONAL CUSTOMIZED MAIL SERVICE AGREEMENT BETWEEN THE UNITED STATES POSTAL SERVICE AND AMERICAN MAIL SORT

This Agreement is between the United States Postal Service, an independent establishment of the United States Government, and American Mail Sort with offices at 7914 East Baltimore Street, Baltimore, MD 21224-2010.

## ARTICLE 1. PURPOSE OF THE AGREEMENT

This Agreement shall govern the use American Mail Sort shall have of International Customized Mail service for International Priority Airmail, International Surface Air Lift, and Global Bulk Economy.

## ARTICLE 2. DEFINITIONS

As used in this Agreement:

1. "United States" means the United States of America, its territories and possessions.
2. "USPS" means the United States Postal Service.
3. "Mailer" means American Mail Sort with offices at 7914 East Baltimore Street, Baltimore, MD 21224-2010.
4. "DMM" means the *Domestic Mail Manual* as published by the USPS from time to time.
5. "IMM" means the *International Mail Manual* as published by the USPS from time to time.
6. "ICM" means International Customized Mail, the bulk mailing system created by this Agreement, pursuant to which the USPS shall accept mail from the Mailer for international delivery.
7. "ICM Mail" means mail the Mailer tenders to the USPS pursuant to this Agreement.
8. "IPA" means International Priority Airmail Service as described in IMM 292.
9. "ISAL" means International Surface Air Lift Service as described in IMM 293.
10. "GBE" means Global Bulk Economy.
11. "ISC" means an International Service Center.
12. "Qualifying Mail" means ICM Mail that meets the requirements set forth in Article 3 of this Agreement.
13. "Non-Qualifying Mail" means ICM Mail that does not meet the requirements set forth in Article 3 of this Agreement.

ORIGINAL

In witness whereof, each party to this Agreement has caused it to be executed as indicated below.

**ON BEHALF OF THE UNITED STATES POSTAL SERVICE:**

Signature: John Alepa

Name: John Alepa

Title: Manager, International Finance and IBIS

Date: 5-30-02

**ON BEHALF OF AMERICAN MAIL SORT:**

Signature: Robert Dunbebin

Name: Robert Dunbebin

Title: President

Date: 5/30/02