IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DISTRIBUTION POSTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-17C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests that this Court grant an enlargement of time of 10 days, to and including Friday, June 6, 2008, within which we may file our reply brief in support of our motion for summary judgment or, in the alternative, to dismiss. Our reply brief currently is due on May 27, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff consents to the instant motion.

We require additional time to prepare and file our reply brief because undersigned counsel of record was hospitalized last Wednesday and Thursday, May 14-15, 2008, and was occupied with other case-related work – including an oral argument before Judge Allegra in Lublin Corp. v. United States, Fed. Cl. No. 07-206 – earlier that week. As a result, counsel of record has had to file similar motions for enlargement in other cases as well. Accordingly, we respectfully ask this Court to grant our request for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr. by s/ K. Dintzer
REGINALD T. BLADES, JR.
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, United States Department of Justice
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 305-3274
Fax: (202) 514-8624

Dated: May 22, 2008

Attorneys for Defendant