ORIGINAL

## ARTICLE 3. QUALIFYING MAIL

Only mail that meets the following requirements shall qualify as ICM Qualifying Mail except as those requirements conflict with the applicable specific requirements set forth in this Agreement.

1. IPA. Every item must comply with the preparation requirements set forth in IMM 292 for International Priority Airmail Service.
2. ISAL. Every item must comply with the preparation requirements set forth in IMM 293 for International Surface Air Lift Service.
3. Global Bulk Economy. Every item must comply with the Specific Preparation and Payment Requirements set forth in Annex One.

## ARTICLE 4. NON-QUALIFYING MAIL

The USPS, at its option and without forfeiting any of its rights under this Agreement, may either refuse to accept Non-Qualifying Mail or accept Non-Qualifying Mail under terms and conditions and at postage rates to be specified by the USPS.

## ARTICLE 5. OBLIGATIONS OF THE USPS

The USPS hereby agrees:

1. Supplies. To furnish the Mailer with the postal equipment and postal supplies required for the use of Qualifying Mail.
2. On-site Training. To provide the Mailer with the preparation requirements for Qualifying Mail and any training necessary to prepare ICM Mail in conformity with the requirements for Qualifying Mail.
3. Transportation. To arrange with carriers to transport Qualifying Mail to international destinations for delivery by the appropriate authority.

## ARTICLE 6. OBLIGATIONS OF THE MAILER

The Mailer hereby agrees:

1. Tender Amount. To tender to the USPS international mail intended for delivery outside the United States that generates at least $25 million in actual postage in each year beginning on the effective date of this Agreement, as defined in Article 12, and ending on each anniversary of that date for the duration of the Agreement.
2. Tender Locations. To tender:
   a. At least ninety-nine (99) percent of IPA Qualifying Mail in drop shipments to the appropriate locations specified in IMM 292.153.
   b. At least ninety-nine (99) percent of ISAL Qualifying Mail in drop shipments to the appropriate locations specified in IMM 293.32.
   c. No more than one (1) percent of IPA and ISAL Qualifying Mail to other postal facilities at the national rate or full service rate as appropriate.

ORIGINAL

d. GBE must be drop-shipped at the USPS facility at New Jersey International and Bulk Mail Center (NJI&BMC), 80 County Road, Jersey City, NJ 07097-9998, or to the Oakland International Service Facility (OISF), 500 85th Avenue, Oakland, CA 94622.

3. Advance Notification. To provide:

a. The Manager, International Customized Mail, via fax to (703) 292-3767 or email to icmusps@email.usps.gov, with notification of intent to drop ship mail at a specific ISC two weeks before the initial shipment to that ISC.

b. The Manager, International Customized Mail, via fax to (703) 292-3767 or email to icmusps@email.usps.gov, with notification of new dedicated permit numbers, two weeks in advance of using the new dedicated permit numbers.

c. The appropriate USPS acceptance sites with projections of mailings to include the intended date of mailing, weight, and volume of the mailings.

4. Payment of Postage.

a. To pay postage to the USPS, either directly or through a mailing agent, for all ICM Qualifying Mail by use of dedicated permit imprints subject to the conditions stated in DMM P040.

b. To pay postage to the USPS for GBE using an exclusive permit number.

5. Cancellation: Mailer or the USPS may cancel this Agreement by giving the other party six (6) months notice in writing. If this Agreement is cancelled, upon termination, Mailer will receive the published discount for Qualifying Mail in accordance with the IMM.

## ARTICLE 7. POSTAGE RATES

1. ISAL and IPA:

a. In consideration of Article 6, Paragraph 1, the Mailer will receive a sixteen percent (16.0%) discount off non-discounted published rates in effect on the date of mailing for IPA and ISAL Qualifying Mail.

b. In the event that USPS costs for Qualifying Mail increase in excess of five percent (5.0%), the USPS shall notify the Mailer and renegotiate the rates established under this Agreement.

2. Global Bulk Economy. In consideration of Article 6, Paragraph 1, the Mailer will receive a sixteen (16.0%) percent discount off the base rates located in Annex One for GBE Qualifying Mail.

ORIGINAL

**ARTICLE 8. GUARANTEE**
If the Mailer does not tender to the USPS international mail intended for delivery outside the United States that generates at least $25 million in actual postage on an annualized basis, the Mailer must reimburse the USPS the amount of the additional discount it received for IPA and ISAL above the discount earned subject to this Agreement in accordance with Exhibit 1. Payment must be made no later than three (3) months after the end of the related period.

**Exhibit 1**

| Annual IPA, ISAL, and GBE Revenue * | Percentage Discount |
|---|---|
| $ 2,000,000 - $ 4,999,999 | 5.00% |
| $ 5,000,000 - $ 5,999,999 | 10.00% |
| $ 6,000,000 - $ 6,999,999 | 11.00% |
| $ 7,000,000 - $ 7,999,999 | 12.00% |
| $ 8,000,000 - $ 8,999,999 | 13.00% |
| $ 9,000,000 - $ 9,999,999 | 14.00% |
| $10,000,000 - $14,999,999 | 15.25% |
| $15,000,000 - $19,999,999 | 15.50% |
| $20,000,000 - $24,999,999 | 15.75% |
| $25,000,000 and over | 16.00% |

* Actual revenue received after discount is applied.

**ARTICLE 9. NO SERVICE GUARANTEE**
Nothing in this Agreement shall be construed as a representation or guarantee by the USPS that Qualifying Mail will be delivered to the appropriate addressees within any particular time.

**ARTICLE 10. SUSPENSIONS OF MAIL SERVICE**
In the event that a suspension of mail service from the United States to a given country would prevent delivery of Qualifying Mail to addressees in that country, the Mailer shall not tender Qualifying Mail to the USPS until service is restored. Under these circumstances, the Mailer shall have the option to make alternative arrangements for the delivery of Qualifying Mail without penalty.

**ARTICLE 11. LIMITATION OF LIABILITY**
The liability of the USPS under this Agreement shall be limited to the refund of postage for Qualifying Mail that is lost or destroyed in bulk after being tendered to the USPS and prior to being received by the delivery authority outside of the United States. The USPS shall not be liable for any actual or consequential damages suffered by the Mailer as the result of late delivery or non-delivery of Qualifying Mail.

**ARTICLE 12. TERM OF THE AGREEMENT**
This Agreement shall be in effect from April 26, 2002, and shall remain in effect until midnight on April 30, 2005.

ORIGINAL

## ARTICLE 13. INDEMNITY

The Mailer shall indemnify and save harmless the USPS and its officers, agents, and employees from any and all claims, losses, costs, damages, or expenses growing out of, or connected in any other way with the discharge by the Mailer of any undertaking contained in this Agreement, except for Claims arising out of the negligence or willful misconduct of the USPS or of its officers, agents, or employees. Notwithstanding its obligation to indemnify the USPS, the Mailer shall not be liable for any consequential damages suffered by the USPS.

## ARTICLE 14. FORCE MAJEURE

Neither party shall be liable for its failure to perform under the terms of this Agreement due to any contingency beyond its reasonable control, including acts of God, fires, floods, wars, sabotage, accidents, labor disputes or shortages, governmental laws, ordinances, rules and regulations, whether valid or invalid, court orders, whether valid or invalid, inability to obtain material, equipment, or transportation, and any other similar or different contingency.

## ARTICLE 15. NO WAIVER

The failure of either party to this Agreement to insist upon the performance of any of the terms and conditions of this Agreement, or the waiver of any breach of the terms and conditions of this Agreement, shall not be construed as thereafter waiving any such terms and conditions, but these shall continue and remain in full force and effect as if such forbearance or waiver had not occurred.

## ARTICLE 16. GOVERNING LAW

This Agreement shall be governed by, construed, and enforced in accordance with United States federal law.

## ARTICLE 17. EFFECT OF PARTIAL INVALIDITY

The invalidity of any portion of this Agreement will not and shall not be deemed to affect the validity of any other provision. In the event that any provision of this Agreement is held to be invalid, the parties agree that the remaining provisions shall be deemed to be in full force and effect.

## ARTICLE 18. ENTIRE AGREEMENT

This Agreement shall constitute the entire agreement between the parties regarding the use of the ICM Program as it pertains to Qualifying Mail intended for delivery outside the United States. Any prior understanding or representation of any kind preceding the date of this Agreement regarding the use of the ICM Program for Qualifying Mail originating in the United States and intended for delivery outside the United States shall not be binding upon either party except to the extent incorporated in this Agreement.

## ARTICLE 19. MODIFICATION

Any modification of or Amendment to this Agreement or additional obligation assumed by either party in connection with this Agreement shall be binding only if placed in writing and signed by each party.

ORIGINAL

**ARTICLE 20. ASSIGNMENT**

The rights of each party under this Agreement are personal to that party and may not be assigned or transferred to any other person, firm, corporation, or other entity without the prior, express, and written consent of the other party. Granting such consent shall not be unreasonably withheld and shall be allowed for assignment to a subsidiary or affiliate of the Mailer.

**ARTICLE 21. NUMBER AND GENDER**

The use of any particular gender or the plural or singular number in this Agreement is intended to include the other gender or number as the text may require.

**ARTICLE 22. PARAGRAPH HEADINGS**

The titles to the paragraphs of this Agreement are solely for the convenience of the parties and shall not be used to explain, modify, simplify, or aid in the interpretation of the provisions of this Agreement.

**ARTICLE 23. NOTICES**

All notices or demands required by this Agreement shall be sufficient if delivered personally or mailed to the following individuals:

**To the United States Postal Service:**

United States Postal Service
Vice President, International Business
1735 N. Lynn St. Rm 6026
Arlington, VA 22209-6002

**To the Mailer:**

Distribution Postal
7914 E Baltimore St
Baltimore Md 21224

ORIGINAL

In witness whereof, each party to this Agreement has caused it to be executed as indicated below.

**ON BEHALF OF THE UNITED STATES POSTAL SERVICE:**

Signature: [signature]

Name: John Alepa

Title: Manager, International Pricing/Cost Analysis

Date: 4/24/02

**ON BEHALF OF DISTRIBUTION POSTAL, INC.:**

Signature: [signature]

Name: Robert Dunbobbin

Title: VP

Date: 4/24/02