# EXHIBIT 2 (cont.)

## ARTICLES OF ORGANIZATION
## OF
## AMERICAN MAIL SORT, LLC

The undersigned, being duly authorized to execute and file these Articles of Organization for record with the Maryland State Department of Assessments and Taxation, hereby certifies that:

**FIRST:** The name of the limited liability company (hereinafter referred to as the "Company") is "American Mail Sort, LLC."

**SECOND:** The purposes for which the Company is formed are as follows:

(a) To contract and subcontract services for mail sorting, mail processing, bulk mail handling and any other service associated with the business of private mail handling; and

(b) To have all of the powers permitted by Section 4A-203 of the Corporations and Associations Article of the *Maryland Annotated Code*, as amended from time to time.

**THIRD:** The address of the principal office of the Company in this state, where the records of the Company will be maintained, is 13822 Carter House Way, Silver Spring, County of Montgomery, Maryland 20904.

**FOURTH:** The name and address of the resident agent of the Company are Mr. Robert Dunbebin, 13822 Carter House Way, Silver Spring, County of Montgomery, Maryland 20904.

**FIFTH:** Pursuant to §4A-401(a)(3) of the Maryland Limited Liability Company Act, no member of the Company shall be an agent of the Company solely by virtue of being a member, and no member shall have authority to act for the Company solely by virtue of being a member.

**SIXTH:** The name of the initial member is Mr. Robert Dunbebin.

2007 APR 24 AM 11:12

STATE OF MARYLAND
DEPT OF ASSESSMENTS AND TAXATION
CUST ID:0000895169
WORK ORDER:0000504174
DATE:04-25-2007 03:37 PM
AMT. PAID:$100.00

**EXHIBIT 2 (cont.)**

**REGISTERED AGENT:**

[signature] 4-17-2002

Robert Dunbebin Registered Agent Date

**EXECUTION:**

[signature] 4-17-2002

Robert Dunbebin Organizer Date

Return Address:
American Mail Sort, LLC
13822 Carter House Way
Silver Spring, Maryland 20904