EXHIBIT 3

UNITED STATES POSTAL SERVICE.

# International Mail Manual

Issue 26

January 2002

A. **Purpose.** The *International Mail Manual* (IMM) sets forth the policies, regulations, and procedures governing international mail services provided to the public by the U.S. Postal Service.

B. **Explanation.** Issue 26 replaces Issue 25 of the IMM. It contains all IMM revisions published in the *Postal Bulletin* from July 12, 2001, through December 13, 2001. Items published in the *Postal Bulletin* after December 13, 2001, are effective but have not been incorporated into Issue 26. In addition, Issue 26 corrects printing and format errors and omissions in Issue 25. Recycle Issue 25 and all previous issues of the IMM.

C. **Summary of Changes and Change Bars.** The Summary of Changes contains a description of the changes made to the manual since Issue 25. In chapters 1–9, a change bar (a vertical line in the margin) signals that the adjacent text has been revised.

D. **Forms Index.** In the Forms Index, each form mentioned in the IMM is cross-referenced to each section that contains a reference to that form. By using the Forms Index, if you know the title or number of a form, you will be able to find every section in the manual that contains a reference to that form.

E. **Distribution.** The IMM is distributed to all postal facilities. If you need additional copies, order them as follows:

- Use Touch Tone Order Entry by calling 1-800-332-0317, option 1, then option 2.
- Send an F3Fill-completed PS Form 7380 by cc:Mail to MDC Customer Service @ TOKS001L.
- Mail a completed PS Form 7380 to the following address:

  SUPPLY REQUISITIONS
  500 SW GARY ORMSBY DR
  TOPEKA KS 66624-9704

F. **Sale to the Public.** The IMM is available to the public on a subscription basis only from the Superintendent of Documents, Government Printing Office (telephone number: 202-512-1800). The subscription price for two issues is $37 to addresses in the United States and $46.25 to all foreign addresses. Turn to the third page of this manual for instructions and an order form.

G. **Comments.** If you cannot find or understand certain material or discover that topics were omitted, send a memo outlining the problem through management channels to:

  INTERNATIONAL BUSINESS
  US POSTAL SERVICE
  1735 N LYNN ST RM 2018
  ARLINGTON VA 22209-6020

H. **Effective Date.** Issue 26 is effective January 2002.

James P. Wade

*James P. Wade*
*Vice President*
*International Business*

EXHIBIT 3 (Cont.)



site. Concurrent with the establishment of the agreement, instructions are issued to the designated post office of entry regarding the acceptance and verification of the prospective customer's mailpieces.

### 613.7 Advance Notification

Mailers who are interested in using Global Direct — Canada Publications Mail service must complete PS Form 3682, *Global Direct Notification of Mailing*, 5 days prior to their planned mailing date. The Record of Mailing can be found in Publication 524-A, *Global Direct — Canada Admail Service Guide*, or on the Postal Service Web site.

## 620 Postal Qualified Wholesaler Program

### 621 Description

The Postal Qualified Wholesaler Program of the United States Postal Service establishes relationships between the Postal Service and wholesalers of international mail so that the business of both parties is increased through worksharing and volume pricing. Any Postal Qualified Wholesaler using a representative or agent must ensure that the representative or agent adheres to the same rules and regulations of the Postal Qualified Wholesaler Program when preparing and tendering qualified international mail to the Postal Service.

### 622 Pricing

A Postal Qualified Wholesaler will receive rates from the Postal Service, including applicable volume rates or an International Customized Mail rate, if special circumstances warrant, for any available service offered by the Postal Service for its use in submitting bids to customers.

### 623 Qualifying as a Wholesaler

#### 623.1 Letter of Request

Any company desiring to be a Postal Qualified Wholesaler must submit a letter of request to:

MANAGER CUSTOMER SOLUTIONS
INTERNATIONAL BUSINESS
US POSTAL SERVICE
1735 NORTH LYNN STREET
ARLINGTON VA 22209-6021

The letter must demonstrate how a company meets the criteria listed in 623.2. The company must certify that it is not disqualified from being a Postal Qualified Wholesaler under the guidelines listed in 623.3 and state that it agrees to all of the terms and conditions of the Postal Qualified Wholesaler Program. The Postal Service will make the final determination of who shall be a Postal Qualified Wholesaler.

# EXHIBIT 3 (Cont.)



## 623.2 Criteria

The wholesaler:

a. Must have a minimum of one year of experience as an international or domestic mail consolidator, presorter, or letter shop.

b. Must have realized at least $1 million in gross international revenues with the Postal Service in the most recent calendar year for services it provided in connection with mail that originated in the United States.

c. Must use a permit imprint that is allowable under the postage payment systems referenced in *Domestic Mail Manual* (DMM) P910, P920, and P930. The wholesaler may use its own permit or that of its customers. If the wholesaler uses the customer's permit, then the wholesaler and its agent must specify to the Postal Service the permit numbers used and provide an additional itemized report identifying the volume and revenue for each international mailing.

d. Must have the ability to collect international mail at customers' facilities on a daily (Monday through Friday) basis. If the wholesaler and its agent provide pick-up of mail on Saturdays, Sundays, and/or holidays, it must state these days it provides pick-up service.

e. Must perform the actual handling and preparation of the international mail prior to tendering to the Postal Service in accordance with the applicable mail makeup requirements, maintain a processing facility and staff to provide the services described herein, and state the address and square footage of the facility and the number of persons employed who are involved in the handling and preparation of international mail.

f. Must have experience, capability, and knowledge to presort, pouch, or otherwise containerize the customer's international mail per the Postal Service requirements for any available service offered by the Postal Service.

g. Must have the ability to transport and tender the international mail to an agreed-upon Postal Service acceptance point.

h. Must give at least the following percentages of its gross revenue from international mailing to the Postal Service:

(1) First year of qualification: At least 75%.

(2) Second year of qualification: At least 85%.

(3) Third year and subsequent years of qualification: At least 90%.

i. Must be familiar with or take steps to comply with the Malcolm Baldridge National Quality Award Program and/or ISO 9000 certification. If a wholesaler has ISO 9000 certification, it must state the date of such certification and provide a copy of its certification award to the Manager, Postal Qualified Wholesalers.

***Note:*** Any Postal Qualified Wholesaler using a representative or agent must ensure that the representative or agent adheres to the rules and regulations of the Postal Qualified Wholesaler Program when preparing and/or tendering qualified international mails to the Postal Service.

# EXHIBIT 3 (Cont.)



## 296 (Reserved)

## 297 International Customized Mail

### 297.1 Description

International Customized Mail (ICM) service is an international business mail service that is available only pursuant to an ICM service agreement between the Postal Service and a mailer meeting the requirements in 292. The Postal Service provides ICM service on a mailer-specific basis pursuant to the terms and conditions stipulated in a particular ICM service agreement.

### 297.2 Qualifying Mailers

To qualify for ICM service, a mailer must tender all of its ICM mail to the Postal Service and must be capable, on an annualized basis, of either:

a. Tendering at least 1 million pounds of international letter-post mail (excluding Global Priority Mail) to the Postal Service, or paying at least $2 million in international letter-post postage to the Postal Service.

b. Tendering at least 600 pieces of international non-letter-post mail (including Global Priority Mail) to the Postal Service, or paying at least $12,000 in international non-letter-post postage to the Postal Service.

### 297.3 ICM Service Agreements

Each ICM service agreement must set forth the following:

a. The term of the agreement, including any renewal options.

b. The type of mail to be tendered by the mailer.

c. The destination country or countries.

d. The services to be provided by the Postal Service, including any speed-of-delivery targets.

e. Minimum volume commitments for each service.

f. Postage and method of payment.

g. Weight and size limits.

h. Preparation requirements.

i. Makeup requirements.

j. Any other obligations of either party.

k. The location from which the mailer is required to tender its items to the Postal Service.

### 297.4 Postal Bulletin Notifications

Within 30 days of entering into an ICM service agreement, the Postal Service must publish the following information about the agreement in the *Postal Bulletin:*

a. The term of the agreement, including any renewal options.

b. The type of mail involved.

# EXHIBIT 3 (Cont.)



292.153 **Drop Shipment Locations**

Drop shipment rates are available from the following offices:

**New York:**

JOHN F KENNEDY AIRPORT MAIL CTR
US POSTAL SERVICE
JOHN F KENNEDY INTERNATIONAL AIRPORT BLDG 250
JAMAICA NY 11430-9998

**Florida:**

MIAMI INTERNATIONAL SERVICE CTR*
US POSTAL SERVICE
11698 NW 25TH ST
MIAMI FL 33112-9997

MIAMI PROCESSING AND DISTRIBUTION CTR
US POSTAL SERVICE
2200 NW 72ND AVE
MIAMI FL 33152-9997

**Texas:**

DALLAS INTERNATIONAL SERVICE CTR
US POSTAL SERVICE
15050 TRINITY BLVD
FORT WORTH TX 76155-3203

**Illinois:**

JT WEEKER INTERNATIONAL SERVICE CENTER
US POSTAL SERVICE
OHARE INTERNATIONAL AIRPORT
514 EXPRESS CENTER DR
CHICAGO IL 60688-9998

**California:**

SAN FRANCISCO ISC
US POSTAL SERVICE
2650 BAYSHORE BLVD
DALY CITY CA 94013-1631

WORLDWAY AIRPORT MAIL CTR
US POSTAL SERVICE
21750 ARNOLD CENTER RD
CARSON CA 90810-9998

*Only plant-verified mail is transported to these facilities by the mailer.

## 292.16 Special Services Not Available

Items sent in this service may not be registered.

## 292.2 Postage

### 292.21 Rates

292.211 **General**

There are two rate options for International Priority Airmail service: a presort rate option that has eight rate groups, and a worldwide nonpresort rate. For both options, there are full service rates for mail deposited at offices other

# EXHIBIT 3 (Cont.)



than the drop shipment offices listed in 292.153, and drop shipment rates for mail deposited at one of the drop shipment offices. The per-piece rates and per-pound rates are shown in Exhibit 292.211. The per-piece rate applies to each piece regardless of its weight. The per-pound rate applies to the net weight (gross weight minus tare weight of sack) of the mail for the specific rate group. Fractions of a pound are rounded to the next whole pound for postage calculation.

Exhibit 292.211
**International Priority Airmail Rates**

| Rate Group | Per Piece | Drop Shipment Per Pound | Full Service Per Pound |
|---|---|---|---|
| 1 (Canada) | $0.28 | $2.60 | $3.60 |
| 2 (Mexico) | $0.12 | $4.60 | $5.60 |
| 3 | $0.25 | $4.00 | $5.00 |
| 4 | $0.25 | $5.50 | $6.50 |
| 5 | $0.12 | $4.85 | $5.85 |
| 6 | $0.12 | $4.75 | $5.75 |
| 7 | $0.12 | $6.25 | $7.25 |
| 8 | $0.12 | $7.25 | $8.25 |
| Worldwide | $0.20 | $7.00 | $8.00 |

**292.212 Volume Discount**

Mailers who spend $2 million or more on IPA and ISAL in the preceding postal fiscal year may receive discounts as follows:

a. $2 million to $5 million: 5 percent discount.

b. Over $5 million to $10 million: 10 percent discount.

c. Over $10 million: 15 percent discount.

Mailers entitled to these discounts must place the full per-piece rate on each piece of mail if payment is by postage meter or mailer-precanceled stamps. The discount is calculated on the postage statement.

**292.213 Qualifying for Volume Discounts**

To qualify for volume discounts, mailers must apply in writing to:

MANAGER INTERNATIONAL MARKETING
INTERNATIONAL BUSINESS
US POSTAL SERVICE
1735 NORTH LYNN STREET
ARLINGTON VA 22209-6020

The manager evaluates all requests and informs the mailer and the post office(s) of mailing whether discounts are approved and the level of discount. Mailers must supply the following information:

a. Postal fiscal year for the qualifying mail.

b. Permit number(s) and post office(s) where the permits are held.