# In the United States Court of Federal Claims

No. 08-17C
(Filed: June 27, 2008)

*********************************
DISTRIBUTION POSTAL CONSULTANTS, INC.,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*,
*********************************

ORDER

Defendant filed a motion for summary judgment on March 31, 2008. Plaintiff responded on May 8, 2008, and then subsequently filed a cross-motion for summary judgment on June 18, 2008. Defendant filed a motion to strike plaintiff's cross-motion on June 20, 2008. A telephonic status conference was held on June 27, 2008, to discuss these motions and further proceedings in this case.

For the reasons stated on the record during the telephonic status conference, the following is ordered:

1. Defendant's motion to strike is granted.

2. The parties may conduct limited discovery relevant to the question of Mr. Dunbebin's authority. Plaintiff shall then file a new response and cross-motion for summary judgment on or before August 15, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge