IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DISTRIBUTION POSTAL CONSULTANTS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-17 C |
| | ) | (Judge Eric G. Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER AND COUNTERCLAIM

For its answer to plaintiff's complaint, defendant, the United States, admits, denies and alleges as follows:

1. Admits the allegations contained paragraph 1.

2. The allegations contained in paragraph 2 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

3. The allegations contained in paragraph 3 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

4. Admits the allegations contained in paragraph 4.

5. Denies the allegations contained in paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Denies the allegations contained in paragraph 6.

7. Denies the allegations contained in paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth.

8. Denies the allegation contained in the first sentence of paragraph 8 that the International Customized Mail Service Agreement was received by plaintiff on April 2, 2002, and avers that the agreement cited was executed on April 24, 2002; admits the remainder of the

allegations of the first and third sentences of paragraph 8 to the extent supported by the agreement cited, which is the best evidence of its contents; otherwise denies the remainder of the allegations of the first and third sentences of paragraph 8. Denies the allegations contained in the second sentence of paragraph 8.

9. Denies the allegations contained in paragraph 9.

10. Denies the allegations contained in paragraph 10.

11. Denies the allegations contained in paragraph 11.

12. Admits the allegation contained in the first sentence of paragraph 12 that, around May of 2004, defendant informed plaintiff that it no longer had an International Customized Mail Service Agreement with defendant; otherwise, denies the remaining allegations contained in paragraph 12.

13. Denies the allegations contained in paragraph 13.

14. Admits only that it entered into an International Customized Mail Service Agreement with the plaintiff on August 4, 2004; denies the remainder of the allegations contained in paragraph 14.

15. Denies the allegations contained in the first sentence of paragraph 15. Denies the allegations of the second sentence of paragraph 15 that an International Customized Mail Service Agreement is a "license" or that Defendant allowed American Mail Sort to use any agreement improperly. Admits the allegation contained in the second sentence of paragraph 15 that plaintiff objected to the agreement between the Postal Service and American Mail Sort. The third sentence of paragraph 15 contains conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

16. Paragraph 16 contains conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

17. Denies the allegation contained in the first sentence of paragraph 17 that Michael K. Plunkett is defendant's "agent" and avers that Mr. Plunkett is an employee of the United States Postal Service. Admits the allegations contained in paragraph 17 to the extent supported by the letter cited, which is the best evidence of its contents; otherwise denies the remainder of the allegations contained in paragraph 17.

18. Denies the allegations contained in the first sentence that plaintiff had an "International Mail License" and that American Mail Sort and Robert Dunbebin made "improper use" of it. The remainder of the allegations contained in the first sentence of paragraph 18 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the remaining allegations contained in the first and second sentences of paragraph 18 to the extent they are supported by the cited letter, which is the best evidence of its contents; otherwise the allegations contained in the first and second sentences of paragraph 18 are denied.

19. Denies the allegations in paragraph 19 except to extent supported by the cited letter, which is the best evidence of its contents.

20. Admits that plaintiff filed a lawsuit, to the extent supported by the cited civil action, which is the best evidence of its contents; otherwise denies the remainder of the allegations contained in paragraph 20.

21. Admits the allegations contained in paragraph 21 to the extent supported by the cited Judgment, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 21.

22. Admits the allegation that plaintiff's vice-president, Louis F. Haber, Sr., faxed a copy of the referenced judgment to defendant, but denies the allegations that plaintiff had an "International Mail License" and that American Mail Sort used it. Denies the remainder of the allegations contained in paragraph 22 for lack of knowledge or information sufficient to form a belief as to their truth.

23. Denies the allegations contained in paragraph 23 for lack of knowledge or information sufficient to form a belief as to their truth.

24. The allegations contained in paragraph 24 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

25. Admits the allegations contained in paragraph 25 to the extent supported by the cited Standard Form 95, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 25.

26. Denies the allegations contained in the first sentence of paragraph 26 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the second and third sentences of paragraph 26 to the extent supported by the cited letter, which is the best evidence of its contents; otherwise denies the allegations contained in the second and third sentences of paragraph 26.

27. The allegations contained in paragraph 24 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

28. Admits that defendant will not enter into a new International Customized Mail Service Agreement with plaintiff unless and until, at a minimum, plaintiff pays the sum it owes defendant, as described in the counterclaim below; denies the remaining allegations contained in paragraph 28.

29. The allegations contained in paragraph 29 constitute plaintiff's characterization of this action and conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

30. Denies the allegations contained in paragraph 30.

31. The allegations contained in paragraph 31 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Denies that the International Customized Mail Service Agreement is an "International Mail License."

32. The allegations contained in paragraph 32 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

33. Denies the allegation that "[a]s a result of Defendant's actions, Plaintiff has retained the service of James G. Sturgill, CPA, CVA, ABV" for lack of knowledge or information sufficient to form a belief as to their truth, and avers that the cited report is the best evidence of its contents; otherwise the allegations contained in paragraph 33 are denied.

**Count I**

**(Breach of Contract)**

34. Defendant's responses to paragraphs 1 through 33 of the complaint are incorporated by reference.

35. The allegations contained in paragraph 35 constitute conclusions of law to which no response is required; to the extent they may be deemed to be allegations of fact, they are denied.

36. Denies the allegations contained in paragraph 36. Denies that plaintiff is entitled to the relief set forth in the "wherefore" clause immediately following paragraph 36, or to any relief whatsoever.

**Count II** [1]

**(Implied Covenants of Good Faith and Fair Dealing)**

37. Defendant's responses to paragraphs 1-36 of the complaint are incorporated by reference.

38. The allegations contained in paragraph 38 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

39. The allegations contained in paragraph 39 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

40. The allegations contained in paragraph 40 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Denies that plaintiff is entitled to the relief set forth in the "wherefore" clause immediately following paragraph 40, or to any relief whatsoever.

41. Denies each and every allegation not previously admitted or otherwise qualified.

[1] Defendant notes that plaintiff – in its May 8, 2008 response to defendant's motion for summary judgment and, in the alterative, defendant's motion to dismiss – withdrew Count II of its complaint, arguing that defendant's motion for summary judgment and motion to dismiss as to Count II should be denied as moot. See DPC Resp. at 6; Def.'s June 6, 2008 Reply at 1-2.

**DEFENDANT'S COUNTERCLAIM**

**(Breach of Contract)**

42. This Court possesses jurisdiction to entertain defendant's counterclaim pursuant to 28 U.S.C. § 2508.

43. The United States Postal Service ("Postal Service" or "USPS") and Distribution Postal Consultants, Inc. ("DPC") entered into an International Customized Mail Service Agreement (the "Second ICM"), effective from August 14, 2004 to December 31, 2005. A copy is attached as Exhibit D1.

44. Under the terms of the Second ICM, DPC agreed to tender to the USPS mail intended for delivery outside the United States that would generate at least $25 million in actual postage on an annualized basis beginning on the effective date of the Second ICM. In exchange for this commitment, the Postal Service gave DPC discounts off the non-discounted published rates (in effect on the date of mailing) with regard to certain identified mail types, including International Surface Air Lift and M-Bags, International Priority Airmail, and Global Bulk Economy mail (collectively, "Qualifying Mail"). These discounts were as great as 16 percent off the non-discounted published rates in effect on the date of mailing.

45. Also under the terms of the Second ICM, DPC agreed to reimburse the USPS for the amount of additional discount DPC received for mailings above the discount earned according to discount schedules set forth in exhibits 1 through 4 contained within the Second ICM.

46. DPC agreed to reimburse the USPS within three months of the end of the related period for which it did not tender Qualifying Mail sufficient to earn the discounts it received from the Postal Service.

47. During the effective term of the Second ICM, DPC tendered Qualifying Mail to the Postal Service for delivery to destinations outside the United States.

48. From August 2004 through August 2005, the amount of Qualifying Mail that DPC tendered to the Postal Service did not generate actual postage in excess of $25 million.

49. The Second ICM was amended to extend its effective date to on or about January 6, 2006.

50. In the months of September, October, November and December of 2005, DPC tendered Qualifying Mail to the Postal Service for delivery to destinations outside the United States.

51. From September through December 2005, the amount of Qualifying Mail that DPC tendered to the Postal Service did not generate actual postage in excess of 4/12 of $25 million, which is the annualized amount of postage corresponding to a four month period.

52. As calculated by the Postal Service, the amount of reimbursement DPC owes to the Postal Service is $136,571.00 for discounts DPC received but did not earn by tendering sufficient amounts of Qualifying Mail for the period of August 2004 through December 2005.

53. DPC has made no payment to the Postal Service to reimburse it for discounts DPC received but did not earn under the Second ICM.

54. DPC entered into another ICM with the Postal Service which was to remain in effect from on or about January 8, 2006 through December 31, 2006 (“Third ICM”). A copy is attached as Exhibit D2.

55. On or about January 9, 2005, DPC executed an amendment to the Third ICM to modify the term of the agreement such that the end of the term was extended from December 31, 2006 to January 25, 2007.

56. Under the Third ICM, DPC agreed to tender to the USPS mail intended for delivery outside the United States that would generate at least $25 million in actual postage on an annualized basis beginning on the effective date of the Third ICM. In exchange for this commitment, the Postal Service gave DPC discounts off the non-discounted published rates in effect on the date of mailing of Qualifying Mail. These discounts were as great as 16 percent off the non-discounted published rates in effect at the date of mailing.

57. DPC agreed to reimburse the USPS the amount of additional discount DPC received for mailings above the discount earned according to discount schedules set forth in exhibits and annexes contained in the Third ICM.

58. DPC agreed to reimburse the USPS within three months of the date the USPS informed DPC of the amount of the required reimbursement for discounts DPC received, but did not earn, by tendering for delivery amounts of Qualifying Mail.

59. DPC tendered Qualifying Mail to the Postal Service for delivery to destinations outside the United States during the period from January 2006 through December 2006.

60. From January 2006 through December 2006, the amount of Qualifying Mail that DPC tendered to the Postal Service did not generate actual postage in excess of $25 million.

61. In January 2007, DPC filed a complaint against the USPS in the United States District Court for the District of Maryland. During those proceedings, James J. Crawford, a USPS employee, filed a declaration on February 26, 2007, that notified DPC of the Postal

Service's calculation of DPC's debt to the Postal Service under the Third ICM. As calculated by the Postal Service and as indicated by Mr. Crawford in his declaration, the total amount of reimbursement DPC owes to the Postal Service is $234,599, including $98,028.00 for discounts DPC received but did not earn by tendering sufficient amounts of Qualifying Mail for the period of January 2006 through December 2006.

62. DPC has made no payments to the Postal Service to reimburse the Postal Service for discounts DPC received under the terms of the Third ICM for the period from January 2006 through December 2006.

63. DPC breached its contract with the Postal Service when DPC failed to reimburse the Postal Service for discounts DPC received but did not earn under the terms of the Second ICM. As a result of its breach of the Second ICM, DPC is liable to the Postal Service for $136,571.00.

64. DPC breached its contract with the Postal Service when it failed to reimburse the Postal Service for discounts DPC received but did not earn under the terms of the Third ICM. As a result of its breach of the Third ICM, DPC is liable to the Postal Service for $98,028.00.

65. The combined amount of the deficiencies owed by DPC to the Postal Service under the terms of the Second and Third ICMs is $234,599. A copy of the invoices sent to DPC are attached as Exhibit D3.

WHEREFORE, defendant requests that the Court enter judgment in defendant's favor in the amount of $234,599.00, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Matthew H. Solomson
MATTHEW H. SOLOMSON
Trial Attorney, Commercial Litigation Branch
Civil Division, U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-3274

August 1, 2008

Counsel for Defendant

# EXHIBIT D1

# *INTERNATIONAL CUSTOMIZED MAIL SERVICE AGREEMENT BETWEEN THE UNITED STATES POSTAL SERVICE AND DISTRIBUTION POSTAL COMPANY*

This Agreement is between the United States Postal Service, an independent establishment of the United States Government, and Distribution Postal, Company.

## ARTICLE 1. PURPOSE OF THE AGREEMENT

This Agreement shall govern the use Distribution Postal Company shall have of International Customized Mail service for International Priority Airmail, International Surface Air Lift, Global Bulk Economy service, and International M-bag service.

## ARTICLE 2. DEFINITIONS

As used in this Agreement:

1. "USPS" means the United States Postal Service.
2. "Mailer" means Distribution Postal Company, its subsidiaries and agents.
3. "DMM" means the *Domestic Mail Manual* as published by the USPS from time to time.
4. "IMM" means the *International Mail Manual* as published by the USPS from time to time.
5. "ICM" means International Customized Mail, the bulk mailing system created by this Agreement, pursuant to which the USPS shall accept mail from the Mailer for international delivery.
6. "IPA" means International Priority Airmail service.
7. "ISAL" means International Surface Air Lift service.
8. "GBE" means Global Bulk Economy service.
9. "United States" means the United States of America, its territories and possessions.
10. "Qualifying Mail" means mail that meets the requirements set forth in Article 3 of this Agreement.
11. "Non-Qualifying Mail" means mail that does not meet the requirements set forth in Article 3 of this Agreement.

## ARTICLE 3. QUALIFYING MAIL

Only mail that meets the following requirements shall qualify as Qualifying Mail except as those requirements conflict with the applicable specific requirements set forth in this Agreement.

1. IPA. Every item must comply with the preparation requirements set forth in IMM 292 for International Priority Airmail service.
2. ISAL. Every item must comply with the preparation requirements set forth in IMM 293 for International Surface Air Lift service.
3. GBE. Every item must comply with the specific preparation and payment requirements set forth in Annex One to this Agreement. The average weight of GBE items must be at least four (4) ounces.
4. M-bags. Every item must comply with the preparation requirements set forth in IMM 260 for direct sacks of Printed Matter shipped to one foreign addressee.

## ARTICLE 4. NON-QUALIFYING MAIL

The USPS, at its option and without forfeiting any of its rights under this Agreement, may either refuse to accept Non-Qualifying Mail or accept Non-Qualifying Mail under terms and conditions and at postage rates to be specified by the USPS.

## ARTICLE 5. OBLIGATIONS OF THE USPS

The USPS hereby agrees:

1. Supplies. To furnish the Mailer with the postal equipment and postal supplies required for the use of Qualifying Mail.
2. On-site Training. To provide the Mailer with the preparation requirements for Qualifying Mail and any training necessary to prepare mail in conformity with the requirements for Qualifying Mail.
3. Transportation. To arrange with carriers to transport Qualifying Mail to international destinations for delivery by the appropriate authority.

## ARTICLE 6. OBLIGATIONS OF THE MAILER

The Mailer hereby agrees:

1. Tender Amount. To tender to the USPS mail intended for delivery outside the United States that generates at least $25 million in actual postage on an annualized basis beginning on the effective date of this Agreement as defined in Article 12.

2. Tender Locations. To tender:
    a. At least ninety-nine (99) percent of IPA Qualifying Mail in drop shipments to the appropriate locations specified in IMM 292.
    b. At least ninety-nine (99) percent of ISAL Qualifying Mail in drop shipments to the appropriate locations specified in IMM 293.
    c. No more than one (1) percent of IPA and ISAL Qualifying Mail to other postal facilities at the full service rate.
    d. One hundred (100) percent of GBE mail in drop shipments to the USPS facility at the New Jersey International and Bulk Mail Center, 80 County Road, Jersey City, NJ 07097-9998, or to the Oakland International Service Facility, 500 85th Avenue, Oakland, CA 94622-9998.
3. Exclusivity. To use the ICM program exclusively when the mailing items meet the requirements of Article 3 of this Agreement.
4. Advance Notification. To provide:
    a. The Manager, International Customized Mail, via e-mail to icmusps@usps.gov, with notification of intent to drop ship mail at a specific location two weeks before the initial shipment to that location.
    b. The Manager, International Customized Mail, via e-mail to icmusps@usps.gov, with notification of dedication permit numbers two weeks in before the initial use of that permit number.
    c. The appropriate USPS acceptance sites with projections of mailings to include the intended date of mailing, weight, and volume of the mailings.
5. Payment of Postage To pay:
    a. Postage to the USPS, either directly or through a mailing agent, for all Qualifying Mail by use of dedicated permit imprints subject to the conditions stated in DMM P040.
    b. Postage to the USPS, either directly or through a mailing agent, for all GBE mailings by use of a dedicated permit imprint used exclusively for GBE mailings.

## ARTICLE 7 POSTAGE RATES

1. ISAL and M-bags. In consideration of Article 6.1, the Mailer will receive a discount of sixteen (16) percent off the non-discounted published rates in effect on the date of mailing ISAL and M-bag Qualifying Mail.
2. IPA. In consideration of Article 6.1, the Mailer will receive:
    a. A discount of sixteen (16) percent off the non-discounted published rates in effect on the date of mailing IPA Qualifying Mail through December 31, 2004;

b. A discount of fifteen (15) percent off the non-discounted published rates for IPA rate group 1; a discount of twelve (12) percent off the non-discounted published rates for IPA rate groups 2, 4, 5, 6, 7, and 8; and a discount of ten (10) percent off the non-discounted published rates for IPA rate group 3 Qualifying Mail beginning on January 1, 2005.

3. GBE. In consideration of Article 6.1, the Mailer will receive a discount of sixteen (16) percent off the base rates for GBE Qualifying Mail in Annex One to this Agreement.

## ARTICLE 8 RENEGOTIATION OF POSTAGE RATES

In the event that the cost to the USPS for providing any one of the categories of Qualifying Mail increases in excess of five (5) percent, the USPS reserves the right to notify the Mailer and revise the rates for that service established under this Agreement.

## ARTICLE 9 GUARANTEE

If the Mailer does not tender to the USPS mail intended for delivery outside the United States that generates at least $25 million in actual postage on an annualized basis beginning on the effective date of this Agreement, as defined in Article 12, and ending on the termination date of this Agreement, the Mailer must reimburse the USPS the amount of the additional discount it received for mailings above the discount earned subject to this Agreement in accordance with Exhibits 1, 2, 3, and 4. Payment must be made no later than three (3) months after the end of the related period.

**Exhibit 1**

| Annual IPA, ISAL, GBE, and M-bag Revenue * | Percentage Discount For ISAL, GBE and M-bags |
|---|---|
| $ 2,000,000 - $ 4,999,999 | 5.00% |
| $ 5,000,000 - $ 5,999,999 | 10.00% |
| $ 6,000,000 - $ 6,999,999 | 11.00% |
| $ 7,000,000 - $ 7,999,999 | 12.00% |
| $ 8,000,000 - $ 8,999,999 | 13.00% |
| $ 9,000,000 - $ 9,999,999 | 14.00% |
| $10,000,000 - $14,999,999 | 15.25% |
| $15,000,000 - $19,999,999 | 15.50% |
| $20,000,000 - $24,999,999 | 15.75% |
| $25,000,000 and over | 16.00% |

* Actual revenue received after discount is applied.

**Exhibit 2**

| Annual IPA, ISAL, GBE, and M-bag Revenue * | Percentage Discount For IPA Rate Group 1 |
|---|---|
| $ 2,000,000 - $ 4,999,999 | 4.00% |
| $ 5,000,000 - $ 9,999,999 | 5.00% |
| $ 10,000,000 - $ 14,999,999 | 6.00% |
| $ 15,000,000 - $ 19,999,999 | 7.00% |
| $ 20,000,000 - $ 24,999,999 | 8.00% |
| $25,000,000 and over | 15.00% |

* Actual revenue received after discount is applied.

**Exhibit 3**

| Annual IPA, ISAL, GBE, and M-bag Revenue * | Percentage Discount For IPA Rate Groups 2,4,5,6,7,8 |
|---|---|
| $ 2,000,000 - $ 4,999,999 | 4.00% |
| $ 5,000,000 - $ 9,999,999 | 5.00% |
| $ 10,000,000 - $ 14,999,999 | 6.00% |
| $ 15,000,000 - $ 19,999,999 | 7.00% |
| $ 20,000,000 - $ 24,999,999 | 8.00% |
| $25,000,000 and over | 12.00% |

* Actual revenue received after discount is applied.

**Exhibit 4**

| Annual IPA, ISAL, GBE, and M-bag Revenue * | Percentage Discount For IPA Rate Group 3 |
|---|---|
| $ 2,000,000 - $ 4,999,999 | 4.00% |
| $ 5,000,000 - $ 9,999,999 | 5.00% |
| $ 10,000,000 - $ 14,999,999 | 6.00% |
| $ 15,000,000 - $ 19,999,999 | 7.00% |
| $ 20,000,000 - $ 24,999,999 | 8.00% |
| $25,000,000 and over | 10.00% |

* Actual revenue received after discount is applied.

**ARTICLE 10 NO SERVICE GUARANTEE**

Nothing in this Agreement shall be construed as a representation or guarantee by the USPS that Qualifying Mail will be delivered to the appropriate addressees within any particular time.

## ARTICLE 11 SUSPENSIONS OF MAIL SERVICE

In the event that a suspension of mail service from the United States to a given country would prevent delivery of Qualifying Mail to addressees in that country, the Mailer shall not tender Qualifying Mail to the USPS until service is restored. Under these circumstances, the Mailer shall have the option to make alternative arrangements for the delivery of Qualifying Mail without penalty.

## ARTICLE 12 TERM OF THE AGREEMENT

1. This Agreement shall be in effect from August 14, 2004 and shall remain in effect until midnight on December 31, 2005.
2. Either party to this Agreement may cancel this Agreement by giving the other party six (6) months notice in writing. If the Mailer cancels this Agreement before the stated termination date, the Mailer remains bound by the terms of Article 9.

## ARTICLE 13. LIMITATION OF LIABILITY

The liability of the USPS under this Agreement shall be limited to the refund of postage for Qualifying Mail that is lost or destroyed in bulk after being tendered to the USPS and prior to being received by the delivery authority outside of the United States. The USPS shall not be liable for any actual or consequential damages suffered by the Mailer as the result of late delivery or non-delivery of Qualifying Mail.

## ARTICLE 14. INDEMNITY

The Mailer shall indemnify and save harmless the USPS and its officers, agents, and employees from any and all claims, losses, costs, damages, or expenses growing out of, or connected in any other way with the discharge by the Mailer of any undertaking contained in this Agreement, except for Claims arising out of the negligence or willful misconduct of the USPS or of its officers, agents, or employees. Notwithstanding its obligation to indemnify the USPS, the Mailer shall not be liable for any consequential damages suffered by the USPS.

## ARTICLE 15. FORCE MAJEURE

Neither party shall be liable for its failure to perform under the terms of this Agreement due to any contingency beyond its reasonable control, including acts of God, fires, floods, wars, sabotage, accidents, labor disputes or shortages, governmental laws, ordinances, rules and regulations, whether valid or invalid, court orders, whether valid or invalid, inability to obtain material, equipment, or transportation, and any other similar or different contingency.

## ARTICLE 16. GOVERNING LAW

This Agreement shall be governed by, construed, and enforced in accordance with United States federal law.

## ARTICLE 17. NO WAIVER

The failure of either party to this Agreement to insist upon the performance of any of the terms and conditions of this Agreement, or the waiver of any breach of the terms and conditions of this Agreement, shall not be construed as thereafter waiving any such terms and conditions, but these shall continue and remain in full force and effect as if such forbearance or waiver had not occurred.

## ARTICLE 18. EFFECT OF PARTIAL INVALIDITY

The invalidity of any portion of this Agreement will not and shall not be deemed to affect the validity of any other provision. In the event that any provision of this Agreement is held to be invalid, the parties agree that the remaining provisions shall be deemed to be in full force and effect.

## ARTICLE 19. ENTIRE AGREEMENT

This Agreement, including all Annexes thereto, shall constitute the entire agreement between the parties regarding the use of the ICM Program as it pertains to Qualifying Mail intended for delivery outside the United States. Any prior understanding or representation of any kind preceding the date of this Agreement regarding the use of the ICM Program for Qualifying Mail originating in the United States and intended for delivery outside the United States shall not be binding upon either party except to the extent incorporated in this Agreement.

## ARTICLE 20. MODIFICATION

Any modification of or Amendment to this Agreement or additional obligation assumed by either party in connection with this Agreement, with the exception of changes to rates under the terms of Article 8, shall be binding only if placed in writing and signed by each party.

## ARTICLE 21. ASSIGNMENT

The rights of each party under this Agreement are personal to that party and may not be assigned or transferred to any other person, firm, corporation, or other entity without the prior, express, and written consent of the other party. Granting such consent shall not be unreasonably withheld and shall be allowed for assignment to a subsidiary or affiliate of the Mailer.

## ARTICLE 22. NUMBER AND GENDER

The use of any particular gender or the plural or singular number in this Agreement is intended to include the other gender or number as the text may require.

## ARTICLE 23. PARAGRAPH HEADINGS

The titles to the paragraphs of this Agreement are solely for the convenience of the parties and shall not be used to explain, modify, simplify, or aid in the interpretation of the provisions of this Agreement.

## ARTICLE 24. NOTICES

All notices or demands required by this Agreement shall be sufficient if delivered personally or mailed to the following individuals:

**To the United States Postal Service:**

United States Postal Service
Vice President, International Business
475 L'Enfant Plaza SW
Washington, DC 20260-9998

**To the Mailer:**

Louis F. Haber, Jr.
President/CEO
Distribution Postal Company
6200 Frankford Avenue
Baltimore MD 21206-4902

In witness whereof, each party to this Agreement has caused it to be executed as indicated below.

**ON BEHALF OF THE UNITED STATES POSTAL SERVICE:**

Signature: /s/

Name: Michael Plunkett

Title: Manager, Pricing Strategy

Date: ______________________

**ON BEHALF OF DISTRIBUTION POSTAL COMPANY:**

Signature: /s/

Name: ______________________

Title: ______________________

Date: ______________________

## ANNEX ONE

## GLOBAL BULK ECONOMY (GBE) SERVICE MAIL PREPARATION

### Definition

Global Bulk Economy (GBE) service provides lower cost international delivery of letter-post items. Mailings are entered by the mailer at either New Jersey International and Bulk Mail Center (NJIBMC) or Oakland International Service Facility (OISF), then dispatched by the Postal Service via surface transportation to destination countries.

Mailers are provided with dispatch schedule information to each destination country and the corresponding critical entry day/time by which a mailing must be entered. Once the mailing is entered, the Postal Service will make its best effort to include it in the next scheduled dispatch.

### Qualifying Mail and Minimum Quantity Requirements

Letter-post mail as defined in IMM 241 that meets all applicable mailing standards may be sent in this service. Items do not have to be of the same size and weight to qualify. There is a minimum volume requirement of 100 pounds per mailing. Mail must be prepared in direct country sacks. The minimum weight per sack is 11 pounds.

Exception: If a mailer has less than 11 pounds of mail for a particular country, such mail may be prepared into a direct country "skin" sack, as long as the total weight of the mail presented in direct country "skin" sacks does not exceed 10% of the total weight of the mail presented in the entire mailing.

### Availability

GBE service is available from the New Jersey International and Bulk Mail Center (NJIBMC) to the countries listed in Exhibit A and from the Oakland International Service Facility (OISF) to the countries listed in Exhibit B.

### Deposit

The mailer must tender the mail at one of the following locations:

New Jersey International and Bulk Mail Center
80 County Road
Jersey City, NJ 07097

Oakland International Service Facility
500 85th Avenue
Oakland, CA 94622

The mailer must establish an advance deposit account or obtain a postage meter license issued by the Oakland, CA, Post Office for mailings entered at OISF, and/or by the Newark, NJ, Post Office for mailings entered at NJIBMC. As an alternative, mailers who are participating in a PVDS program (see DMM P750) may have the mail verified, accepted, and paid for at the mailer's plant or at the origin post office serving the mailer's plant if authorized under DMM P750.2.2. Plant-verified drop shipment mail must be transported by the mailer to the drop shipment location, accompanied by PS Form 8125, *Drop Shipment Clearance Document.*

**Postage**

The following are base rates from which percentage volume discounts are applied. The GBE percentage volume discount is equal to the IPA/ISAL percentage volume discount for which the mailer qualifies, as specified in the ICM Agreement.

The per-piece rate applies to each piece regardless of its weight. The per-pound rate applies to the net weight (gross weight minus tare weight of mailing equipment) of the mail for the specific rate group. Fractions of a pound are rounded to the next whole pound for postage calculation.

**Global Bulk Economy Base Rates**

| Rate Group | Per-Piece | + | Per-Lb. |
|---|---|---|---|
| 1 | $0.20 | + | $2.04 |
| 2 | $0.20 | + | $2.16 |
| 3 | $0.12 | + | $3.36 |

The United States Postal Service reserves the right to change the Global Bulk Economy Base Rates subject to a sixty (60) day notification to the Mailer.

**Separation by Rate Group**

When presenting a mailing to the Postal Service, the mailer must physically separate the sacks and /or pallets by rate group (i.e. 1, 2, 3) and specify the rate group on the back of PS Tag 181 for direct country sacks and/or on the front of direct country pallet placards (when applicable). Within each rate group, direct country "skin" sacks (weighing less than 11 pounds) must also be physically separated from other direct country sacks. Direct country "skin" sacks must be further identified with the letter "S" on the back of PS Tag 181.

**Computation of Postage**

Postage is calculated by multiplying the number of pieces in the mailing by the applicable per-piece base rate, multiplying the net weight (in whole pounds) of the entire mailing by the applicable per-pound base rate, and then adding the two totals together.

**Postage Payment Methods**

GBE is subject to a per-piece rate plus a per-pound rate. Postage must be paid by postage meter, permit imprint, mailer-precanceled stamp or a combination thereof. For nonidentical pieces, the applicable per-piece postage must be affixed to each piece by meter or mailer-precanceled stamp. For identical weight pieces, each piece may bear a permit imprint or postage meter postage for the per-piece rate portion. Postage for the per-pound rate portion may be paid from an advance deposit account or meter postage attached to the postage statement.

When postage is paid from an advance deposit account, any of the permit imprints shown in IMM Exhibit 152.3 for letter-post are acceptable. As an alternative to these formats, the following optional formats may be used:

GLOBAL BULK ECONOMY

U.S. POSTAGE PAID

JERSEY CITY, NJ 07097

PERMIT NO. XXX

GLOBAL BULK ECONOMY

U.S. POSTAGE PAID

OAKLAND, CA 94622

PERMIT NO. XXX

Note: Mailers may use permit imprint with nonidentical weight pieces if authorized to use postage mailing systems under DMM P910, P920, or P930.

**Weight and Size Limits**

**A. Weight**

The weight limit for regular letter-post items is 4 pounds. The weight limit for letter-post items containing books is 11 pounds.

**B. Size**

1. Envelopes and Packages
   a. Minimum length and height: 5-1/2 x 3-1/2 inches
   b. Minimum depth: .007 inch
   c. Maximum length: 24 inches
   d. Maximum length, height, depth (thickness) combined: 36 inches

2. Rolls
   a. Minimum length: 4 inches
   b. Minimum length plus twice the diameter combined: 6-3/4 inches
   c. Maximum length: 36 inches
   d. Maximum length plus twice the diameter combined: 42 inches

## Preparation Requirements

### A. Addressing

Global Bulk Economy is subject to the addressing requirements contained in IMM 122.

**Exception:** Global Bulk Economy is not subject to the interline addressing requirement that is specified in IMM 122.1d. At the sender's risk, the English translation of the destination post office or city name may be omitted from printed addresses that are in Russian, Greek, Arabic, Hebrew, Cyrillic, Japanese, or Chinese characters. An English translation of the country name (e.g. Japan) is still required on the individual mailpieces.

### B. Marking and Packaging

Global Bulk Economy is subject to the marking and packaging requirements contained in IMM 244.

### C. Makeup

- All mail must be prepared in packages (bundles) within sacks. Packages must contain at least 10 items.
- Packages of letter-size mail items must be no thicker than approximately a handful of mail (4 to 6 inches). Packages of flat-size mail items may be thicker than 6 inches but must not weigh more than 11 pounds.
- All items in a package must be "faced" in the same direction (i.e. arranged so that the addresses read in the same direction, with an address visible on the top piece).
- Items that cannot be bundled because of their physical characteristics (i.e. tubes) may be placed loose in the sack.
- Each package must be securely tied. Placing rubber bands around the length and then the girth is the preferred method of securing packages of letter-size mail. Plastic strapping placed around the length and then the girth is the preferred method of securing packages of flat-size mail.

### D. Sacking and Labeling

Packages of mail must be prepared into direct country sacks. The minimum weight per sack is 11 pounds, except for direct country "skin" sacks for which there is no individual minimum sack weight. The maximum weight per sack is 66 pounds. Gray plastic sacks must be used. PS Tag 181, available from OISF and NJIBMC, must be affixed to each sack and completed as follows:

Front of Tag:

To: Enter the three-letter code of the destination exchange office and the country name.
Date: Enter the same date that appears on the Statement of Mailing.
Kg: Enter the combined weight of the sack and its contents in kilograms.

The other blocks on the tag are reserved for USPS use and must remain blank.

Back of Tag:

Enter the appropriate country rate group. For direct country "skin" sacks (weighing less than 11 pounds), also enter the letter "S."

Example (front of tag):

| | |
|---|---|
| **From:** | **To:** |
| Mail No: | |
| Date: OCTOBER 1, 2002 | **KWS**<br>**JAPAN** |
| **Receptacle No.:** | **Via:** |
| **Class:** | |
| **Kg:** 27.2 | |

Note: Destination exchange office codes and country rate groups are listed in Exhibit A.

**E. Palletizing (optional)**

To expedite handling, country pallets may be optionally prepared when there is a minimum of 250 pounds of mail to one country. If this option is used, the mailer must first prepare direct country sacks as described above. Direct country sacks must then be placed within pallet boxes (often referred to as Gaylords) and placed on pallets. Pallets must be capped, shrink-wrapped and banded to insure their integrity during transit. A pallet label (placard) must be placed on all four sides. The pallet label (placard) formats appear below.

The following guidelines must be used when preparing pallets:

| | |
|---|---|
| Minimum height: | 20 inches |
| Maximum height: | 57 inches |
| Minimum weight: | 250 pounds |
| Maximum weight: | 2, 205 pounds (1,000 kg.) |

Note: The Postal Service provides pallets free of charge for use with GBE mailings. They are available at NJIBMC and OISF.

# U.S. MAIL

*TO:*____________________________

**FROM: NJI & BMC**

**JERSEY CITY NJ 07097**

**CONTENTS:**

**GLOBAL BULK ECONOMY**

**PALLET WT. (KG)**______________

**DATE:**____________________________

**RATE GROUP:**__________________

# U.S. MAIL

# U.S. MAIL

*TO:*______________________________

**FROM: OAKLAND INTL.**
**SERVICE FACILITY**
**OAKLAND CA 94622**

**CONTENTS:**
**GLOBAL BULK ECONOMY**

**PALLET WT. (KG)**______________

**DATE:**____________________________

**RATE GROUP:**__________________

U.S. MAIL

# EXHIBIT A

## GLOBAL BULK ECONOMY (GBE) COUNTRY LIST

## NEW JERSEY INTERNATIONAL AND BULK MAIL CENTER (NJIBMC)

Notes:
1. Cutoff time is 10 AM of close-out day.
2. Close out day is two business days prior to dispatch day.
3. All mail is dispatched weekly (except Iceland which is dispatched bi-weekly).

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| ALBANIA | TIA | | THURSDAY | 21 | 3 |
| ALGERIA | ALG | | WEDNESDAY | 20 | 3 |
| ANDORRA | | Include with Spain. | | | |
| ANGOLA | LOB | | MONDAY | 18 | 3 |
| ANGUILLA | | Include with Netherlands Antilles (Philipsburg). | | | |
| ANTIGUA and BARBUDA | AAJ | Include Redonda. | TUESDAY | 13 | 3 |
| ARGENTINA | BUE | | WEDNESDAY | 22 | 3 |
| ARMENIA | EVN | | THURSDAY | 30 | 3 |
| ARUBA | AUA | | WEDNESDAY | 16 | 3 |
| ASCENSION ISLANDS | | Include with Great Britain. | | | |
| AUSTRALIA | SYD | | THURSDAY | 29 | 2 |
| AUSTRIA | SZG | | WEDNESDAY | 13 | 1 |
| AZERBAIJAN | BAK | | THURSDAY | 30 | 3 |
| AZORES | | Include with Portugal. | | | |
| BAHAMAS | NAS | | WEDNESDAY | 10 | 3 |
| BAHRAIN | AAM | | THURSDAY | 35 | 3 |
| BALEARIC ISLANDS | | Include with Spain. | | | |
| BANGLADESH | CGP | | THURSDAY | 35 | 3 |
| BARBADOS | BGI | | WEDNESDAY | 12 | 3 |
| BELARUS | MSQ | | THURSDAY | 27 | 3 |
| BELGIUM | ANX | | THURSDAY | 8 | 1 |
| BELIZE | BZE | | TUESDAY | 15 | 3 |
| BENIN | COU | Include Dahomey. | WEDNEDAY | 20 | 3 |
| BERMUDA | BDA | | THURSDAY | 2 | 3 |
| BHUTAN | | Include with India. | | | |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| BOLIVIA | LPB | | WEDNESDAY | 23 | 3 |
| BONAIRE | | Include with Netherlands Antilles (Willemstad). | | | |
| BOSNIA-HERZEGOVINA | SJJ | | WEDNESDAY | 14 | 3 |
| BOTSWANA | | Include with South Africa. | | | |
| BRAZIL | RIO | | WEDNESDAY | 19 | 3 |
| BRITISH VIRGIN ISLANDS | RAD | | N/A | N/A | 3 |
| BRUNEI DARUSSALEM | BWN | | THURSDAY | 35 | 3 |
| BULGARIA | SOF | | THURSDAY | 20 | 3 |
| BURKINA FASO | OUA | | MONDAY | 40 | 3 |
| BURMA (MYANMAR) | RGN | | THURSDAY | 35 | 3 |
| BURUNDI | AGC | | MONDAY | 40 | 3 |
| CAMBODIA | AGO | | THURSDAY | 30 | 3 |
| CAMEROON | DLA | | WEDNESDAY | 20 | 3 |
| CANARY ISLANDS | | Include with Spain. | | | |
| CAPE VERDE | VXE | | MONDAY | 15 | 3 |
| CAYMAN ISLANDS | GCM | | TUESDAY | 15 | 3 |
| CENTRAL AFRICAN REPUBLIC | BGF | | WEDNESDAY | 20 | 3 |
| CHILE | SCQ | | WEDNESDAY | 21 | 3 |
| CHINA | TSN | Include Tibet and Mongolia. | N/A | N/A | 3 |
| COLOMBIA | BOG | | THURSDAY | 14 | 3 |
| COMOROS | | Include with France. | | | |
| CONGO,DEMOCRATIC REPUBLIC (KINSHASA) | FIH | | WEDNESDAY | 20 | 3 |
| CONGO, REPUBLIC OF THE (BRAZZAVILLE) | PDN | | WEDNESDAY | 20 | 3 |
| COOK ISLANDS | RAR | | THURSDAY | 40 | 3 |
| CORSICA | | Include with France. | | | |
| COSTA RICA | SJD | | THURSDAY | 13 | 3 |
| COTE D'IVOIRE (IVORY COAST) | ABJ | | WEDNESDAY | 20 | 3 |
| CROATIA | ZAG | | THURSDAY | 12 | 3 |
| CUBA | HAV | | WEDNESDAY | 20 | 3 |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| CURACAO | | Include with Netherlands Antilles (Willemstad). | | | |
| CYPRUS | LMS | | THURSDAY | 15 | 3 |
| CZECH REPUBLIC | PRG | | WEDNESDAY | 14 | 3 |
| DENMARK | AAL | Include Faroe Islands and Greenland. | MONDAY | 13 | 1 |
| DJIBOUTI | JIB | | WEDNESDAY | 15 | 3 |
| DOMINICA | DOM | | TUESDAY | 15 | 3 |
| DOMINICAN REPUBLIC | SDQ | | MONDAY | 6 | 3 |
| DUBAI | | Include with United Arab Emirates. | | | |
| ECUADOR | GYE | | THURSDAY | 14 | 3 |
| EGYPT | ALY | | FRIDAY | 19 | 3 |
| EL SALVADOR | SAL | | TUESDAY | 15 | 3 |
| ENGLAND | | Include with Great Britain. | | | |
| EQUATORIAL GUINEA | BSG | | WEDNESDAY | 20 | 3 |
| ERITREA | MSW | | WEDNESDAY | 15 | 3 |
| ESTONIA | TLL | | MONDAY | 25 | 3 |
| ETHIOPIA | ADD | | WEDNESDAY | 15 | 3 |
| FALKLAND ISLANDS | | Include with Great Britain. | | | |
| FAROE ISLANDS | | Include with Denmark. | | | |
| FIJI | SUV | | N/A | N/A | 3 |
| FINLAND | HEL | | THURSDAY | 15 | 1 |
| FRANCE | MRS | | WEDNESDAY | 15 | 1 |
| FRENCH GUIANA | CAY | | TUESDAY | 14 | 3 |
| FRENCH POLYNESIA | PPT | Include Tahiti. | N/A | N/A | 3 |
| GABON | LBV | | WEDNESDAY | 20 | 3 |
| GAMBIA | BJL | | WEDNESDAY | 15 | 3 |
| GEORGIA, REPUBLIC OF | TBS | | THURSDAY | 30 | 3 |
| GERMANY | HAM | | WEDNESDAY | 11 | 1 |
| GHANA | ACC | | THURSDAY | 25 | 3 |
| GIBRALTAR | GIB | | WEDNESDAY | 16 | 1 |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| GREAT BRITAIN & NO. IRELAND: England (except London), Wales, Isle of Man, Channel Islands, Jersey Islands, Ascension, Falkland Islands, and Seychelles. | GBR | | WEDNESDAY | 9 | 1 |
| London only. | LON | | WEDNESDAY | 9 | 1 |
| Scotland only. | GLA | | WEDNESDAY | 9 | 1 |
| Northern Ireland only. | BFS | | WEDNESDAY | 9 | 1 |
| GREECE | AHN | | THURSDAY | 16 | 1 |
| GREENLAND | | Include with Denmark. | | | |
| GRENADA | SGO | | TUESDAY | 15 | 3 |
| GUADELOUPE | PTP | Include St. Martin and St. Barthelemy. | TUESDAY | 15 | 3 |
| GUATEMALA | GUA | | WEDNESDAY | 9 | 3 |
| GUINEA | CKY | | WEDNESDAY | 20 | 3 |
| GUYANA | GEO | | TUESDAY | 15 | 3 |
| HAITI | PAP | | TUESDAY | 15 | 3 |
| HONDURAS | TGU | | WEDNESDAY | 10 | 3 |
| HONG KONG | HKG | Include Kowloon and North Korea. | THURSDAY | 29 | 3 |
| HUNGARY | BUD | | WEDNESDAY | 14 | 3 |
| ICELAND | REK | | THURSDAY | 14 | 1 |
| INDIA | BOF | Include Bhutan. | THURSDAY | 35 | 3 |
| INDONESIA | TNS | | N/A | N/A | 3 |
| IRAN | THR | | MONDAY | 37 | 3 |
| IRELAND | AHE | | MONDAY | 9 | 1 |
| ISRAEL | HFA | | FRIDAY | 21 | 1 |
| ITALY | GOA | Include San Marino. | MONDAY | 14 | 1 |
| JAMAICA | KIN | | WEDNESDAY | 5 | 3 |
| JAPAN | KWS | Include Okinawa and Ryukyu Islands. | WEDNESDAY | 24 | 2 |
| JORDAN | AMM | | THURSDAY | 21 | 3 |
| KAMPUCHEA | | See Cambodia. | | | |
| KAZAKHSTAN | ALA | | THURSDAY | 30 | 3 |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| KENYA | MBA | | MONDAY | 33 | 3 |
| KIRIBATI | | Include with Fiji. | | | 3 |
| KOREA, PEOPLE'S REPUBLIC OF (NORTH KOREA) | | Include with Hong Kong. | | | |
| KOREA, REPUBLIC OF (SOUTH KOREA) | PUS | | THURSDAY | 28 | 3 |
| KOWLOON | | Include with Hong Kong. | | | |
| KUWAIT | KWI | | THURSDAY | 35 | 3 |
| KYRGYZSTAN | | Include with Russia. | | | |
| LAOS | VTE | | N/A | N/A | 3 |
| LATVIA | RIX | | MONDAY | 19 | 3 |
| LESOTHO | | Include with South Africa. | | | |
| LIBYA | TIP | | WEDNESDAY | 15 | 3 |
| LIECHTENSTEIN | | Include with Switzerland. | | | |
| LITHUANIA | VNO | | MONDAY | 18 | 3 |
| LUXEMBOURG | LUX | | MONDAY | 10 | 1 |
| MACAO | MFM | | THURSDAY | 35 | 3 |
| MACEDONIA | SKP | | THURSDAY | 20 | 3 |
| MADAGASCAR | TNR | | WEDNESDAY | 20 | 3 |
| MADEIRA ISLANDS | FNC | | MONDAY | 15 | 3 |
| MALAWI | LMB | | MONDAY | 28 | 3 |
| MALAYSIA | KUL | | N/A | N/A | 3 |
| MALDIVES | | Include with Singapore. | | | |
| MALI | BKO | | MONDAY | 28 | 3 |
| MALTA | MLA | | MONDAY | 20 | 3 |
| MARTINIQUE | FDF | | TUESDAY | 15 | 3 |
| MAURITANIA | | Include with Senegal. | | | |
| MAURITIUS | MRU | | MONDAY | 29 | 3 |
| MEXICO | MEX | | N/A | N/A | 2 |
| MOLDOVA | KIV | | TUESDAY | 30 | 3 |
| MONACO | | Include with France. | | | |
| MONGOLIA | | Include with China. | | | |
| MONTENEGRO | | See Serbia-Montenegro. | | | |
| MONTSERRAT | MNI | | TUESDAY | 17 | 3 |
| MOROCCO | CAS | | WEDNESDAY | 20 | 3 |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| MOZAMBIQUE | MPM | | MONDAY | 28 | 3 |
| NAMIBIA | | Include with South Africa. | | | |
| NAURU | ACW | | THURSDAY | 35 | 3 |
| NEPAL | KTM | | THURSDAY | 40 | 3 |
| NETHERLANDS | RTM | | WEDNESDAY | 13 | 1 |
| NETHERLANDS ANTILLES (PHILIPSBURG) | SXM | Include Saba, St. Eustatius St. Maarten and Anguilla. | TUESDAY | 15 | 3 |
| NETHERLANDS ANTILLES (WILLEMSTAD) | WMS | Include Bonaire and Curacao. | TUESDAY | 15 | 3 |
| NEW CALEDONIA | NOU | Include Wallis and Futuna Islands. | THURSDAY | 33 | 3 |
| NEW HEBRIDES | | Include with Vanuatu. | | | |
| NEW ZEALAND | AKL | Include Pitcairn Island, Niue Islands, and Ross Dependency. | THURSDAY | 33 | 2 |
| NICARAGUA | MGA | | THURSDAY | 13 | 3 |
| NIGER | MFQ | | MONDAY | 38 | 3 |
| NIGERIA | LOS | | MONDAY | 35 | 3 |
| NIUE ISLANDS | | Include with New Zealand. | | | |
| NORTHERN IRELAND | | Include with Great Britain. | | | |
| NORWAY | OSL | | WEDNESDAY | 14 | 1 |
| OKINAWA | | Include with Japan. | | | |
| OMAN | MCT | | THURSDAY | 30 | 3 |
| PAKISTAN | KHI | | THURSDAY | 35 | 3 |
| PALAU | ROR | | N/A | N/A | 3 |
| PANAMA | PTY | | WEDNESDAY | 8 | 3 |
| PAPUA NEW GUINEA | LAE | | THURSDAY | 35 | 3 |
| PARAGUAY | ASU | | WEDNESDAY | 25 | 3 |
| PERU | LIM | | THURSDAY | 17 | 3 |
| PHILIPPINES | MNL | | THURSDAY | 31 | 3 |
| PITCAIRN ISLAND | | Include with New Zealand. | | | |
| POLAND | GYN | | MONDAY | 15 | 3 |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| PORTUGAL | LIS | Include Azores, Sao Tome and Principe. | MONDAY | 12 | 1 |
| QATAR | DOH | | THURSDAY | 35 | 3 |
| REDONDA | | Include with Antigua and Barbuda. | | | |
| REUNION | RUN | | WEDNESDAY | 20 | 3 |
| ROMANIA | CND | | THURSDAY | 19 | 3 |
| ROSS DEPENDENCY | | Include with New Zealand. | | | |
| RUSSIA | MOW | Include Kyrgystan, Tajikistan, and Turkmenistan. | THURSDAY | 25 | 3 |
| RWANDA | KGL | | MONDAY | 40 | 3 |
| RYUKYU ISLANDS | | Include with Japan. | | | |
| SABA | | Include with Netherlands Antilles (Philipsburg). | | | |
| ST. BARTHELEMY | | Include with Guadeloupe. | | | |
| ST. CHRISTOPHER (ST. KITTS) AND NEVIS | SKB | | TUESDAY | 15 | 3 |
| ST. EUSTATIUS | | Include with Netherlands Antilles (Philipsburg). | | | |
| ST. HELENA | | Include with South Africa. | | | |
| ST. LUCIA | SLU | | TUESDAY | 15 | 3 |
| ST. MAARTEN | | Include with Netherlands Antilles (Philipsburg). | | | |
| ST. MARTIN | | Include with Guadeloupe. | | | |
| ST. VINCENT AND THE GRENADINES | SVD | | TUESDAY | 15 | 3 |
| SAN MARINO | | Include with Italy. | | | |
| SANTA CRUZ ISLANDS | | Include with Solomon Islands. | | | |
| SAO TOME AND PRINCIPE | | Include with Portugal. | | | |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| SAUDI ARABIA | QDM | | MONDAY | 24 | 3 |
| SCOTLAND | | See Great Britain. | | | |
| SENEGAL | DKR | Include Mauritania. | MONDAY | 28 | 3 |
| SERBIA-MONTENEGRO (YUGOSLAVIA) | BEG | Include Serbia, Montenegro, and Yugoslavia. | WEDNESDAY | 15 | 3 |
| SEYCHELLES | | Include with Great Britain. | | | |
| SIERRA LEONE | FNA | | WEDNESDAY | 15 | 3 |
| SINGAPORE | SIN | | THURSDAY | 31 | 3 |
| SLOVAK REPUBLIC (SLOVAKIA) | BTS | | WEDNESDAY | 15 | 3 |
| SLOVENIA | LJU | | THURSDAY | 15 | 3 |
| SOLOMON ISLANDS | HIR | Include Santa Cruz Islands. | THURSDAY | 33 | 3 |
| SOUTH AFRICA | CPF | Include Botswana, Lesotho, Namibia, Transkei, St. Helena and Tristan da Cunha. | MONDAY | 24 | 3 |
| SPAIN | BCN | Include Andorra, Canary Islands, and Balearic Islands. | WEDNESDAY | 14 | 1 |
| SRI LANKA | CMB | | THURSDAY | 30 | 3 |
| SUDAN | KRT | | FRIDAY | 22 | 3 |
| SURINAME | PBM | | THURSDAY | 12 | 3 |
| SWAZILAND | QMN | | MONDAY | 28 | 3 |
| SWEDEN | MMA | | THURSDAY | 14 | 1 |
| SWITZERLAND | BSL | Include Liechtenstein. | MONDAY | 15 | 1 |
| SYRIAN ARAB REPUBLIC (SYRIA) | DAM | | WEDNESDAY | 15 | 3 |
| TAHITI | | Include with French Polynesia. | | | |
| TAIWAN | TPE | | THURSDAY | 31 | 3 |
| TAJIKISTAN | | Include with Russia. | | | |
| TANZANIA | DAR | Include Zanzibar. | MONDAY | 35 | 3 |
| THAILAND | BKK | | N/A | N/A | 3 |
| TIBET | | Include with China. | | | |
| TOGO | LFW | | WEDNESDAY | 20 | 3 |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| TONGA | TBU | | THURSDAY | 38 | 3 |
| TRANSKEI | | Include with South Africa. | | | |
| TRINIDAD AND TOBAGO | POS | | WEDNESDAY | 14 | 3 |
| TRISTAN DA CUNHA | | Include with South Africa. | | | |
| TUNISIA | TUN | | WEDNESDAY | 20 | 3 |
| TURKEY | IST | | WEDNESDAY | 15 | 3 |
| TURKMENISTAN | | Include with Russia. | | | |
| TURKS AND CAICOS ISLANDS | GDT | | TUESDAY | 15 | 3 |
| TUVALU | | Include with Fiji. | | | |
| UGANDA | EBB | | MONDAY | 42 | 3 |
| UKRAINE | ODS | | TUESDAY | 27 | 3 |
| UNITED ARAB EMIRATES | DXB | | THURSDAY | 28 | 3 |
| UNITED KINGDOM | | See Great Britain. | | | |
| URUGUAY | MVD | | WEDNESDAY | 23 | 3 |
| UZBEKISTAN | TAS | | THURSDAY | 22 | 3 |
| VANUATU | VLI | Include New Hebrides. | THURSDAY | 34 | 3 |
| VATICAN CITY | VCS | | MONDAY | 16 | 1 |
| VENEZUELA | CCS | | WEDNESDAY | 14 | 3 |
| VIETNAM | SGN | | THURSDAY | 35 | 3 |
| WALES | | Include with Great Britain. | | | |
| WALLIS AND FUTUNA ISLANDS | | Include with New Caledonia. | | | |
| WESTERN SAMOA | APW | | N/A | N/A | 3 |
| YEMEN | SAH | | WEDNESDAY | 15 | 3 |
| YUGOSLAVIA | | See Serbia-Montenegro. | | | |
| ZAMBIA | LVI | | MONDAY | 30 | 3 |
| ZANZIBAR | | Include with Tanzania. | | | |
| ZIMBABWE | BUQ | | MONDAY | 30 | 3 |

**RATE GROUP 1**

ANDORRA
ASCENSION ISLANDS
AUSTRIA
AZORES
BALEARIC ISLANDS
BELGIUM
CANARY ISLANDS
COMOROS
CORSICA
DENMARK
ENGLAND
FALKLAND ISLANDS
FAROE ISLANDS
FINLAND
FRANCE
GERMANY
GIBRALTAR
GREAT BRITAIN & NORTHERN IRELAND
GREECE
GREENLAND
ICELAND
IRELAND
ISRAEL
ITALY
LIECHTENSTEIN
LUXEMBOURG
NETHERLANDS
NORTHERN IRELAND
NORWAY
PORTUGAL
SAN MARINO
SCOTLAND
SEYCHELLES
SPAIN
SWEDEN
SWITZERLAND
VATICAN CITY
WALES

**RATE GROUP 2**

AUSTRALIA
JAPAN
MEXICO
NEW ZEALAND
NIUE ISLANDS
OKINAWA
PITCAIRN ISLAND
ROSS DEPENDENCY

**RATE GROUP 3**

ALBANIA
ALGERIA
ANGOLA
ANGUILLA
ANTIGUA and BARBUDA
ARGENTINA
ARMENIA
ARUBA
AZERBAIJAN
BAHAMAS
BAHRAIN
BALEARIC ISLANDS
BANGLADESH
BARBADOS
BELARUS
BELIZE
BENIN
BERMUDA
BHUTAN
BOLIVIA
BONAIRE
BOSNIA-HERZEGOVINA
BOTSWANA
BRAZIL
BRITISH VIRGIN ISLANDS
BRUNEI DARUSSALEM
BULGARIA
BURKINA FASO
BURMA (MYANMAR)
BURUNDI
CAMBODIA
CAMEROON

**RATE GROUP 3 (Continued)**

CAPE VERDE
CENTRAL AFRICAN REPUBLIC
CHILE
CHINA
COLOMBIA
COMOROS
CONGO, DEMOCRATIC REPUBLIC (KINSHASA)
CONGO, REPUBLIC OF THE (BRAZZAVILLE)
COOK ISLANDS
COSTA RICA
COTE D'IVOIRE (IVORY COAST)
CROATIA
CUBA
CURACAO
CYPRUS
CZECH REPUBLIC
DJIBOUTI
DOMINICA
DOMINICAN REPUBLIC.
ECUADOR
EGYPT
EL SALVADOR
EQUATORIAL GUINEA
ERITREA
ESTONIA
ETHIOPIA
FIJI
FRENCH GUIANA
FRENCH POLYNESIA
GABON
GAMBIA
GEORGIA, REPUBLIC OF
GHANA
GRENADA
GUADELOUPE
GUATEMALA
GUINEA
GUYANA
HAITI
HONDURAS
HONG KONG
HUNGARY
INDIA
INDONESIA
IRAN
JAMAICA
JORDAN
KAMPUCHEA
KAZAKHSTAN
KOREA, PEOPLE'S REPUBLIC OF (NORTH KOREA)
KOREA, REPUBLIC OF (SOUTH KOREA)
KOWLOON
KYRGYZSTAN
LAOS
LESOTHO
LIBYA
LITHUANIA
MACAO
MACEDONIA
MADEIRA ISLANDS
MADAGASCAR
MALAWI
MALAYSIA
MALDIVES
MALI
MALTA
MARTINIQUE
MAURITANIA
MAURITIUS
MOLDOVA
MONGOLIA
MONTSERRAT
MOROCCO
MOZAMBIQUE
NAMIBIA
NAURU
NEPAL
NETHERLANDS ANTILLES (PHILIPSBURG)
NETHERLANDS ANTILLES (WILLEMSTAD)
NEW CALEDONIA
NICARAGUA
NIGER
NIGERIA
OMAN
PAKISTAN
PANAMA

**RATE GROUP 3 (Continued)**

PAPUA NEW GUINEA
PARAGUAY
PERU
PHILIPPINES
POLAND
QATAR
REDONDA
REUNION
ROMANIA
RUSSIA
RWANDA
SABA
ST. CHRISTOPHER (ST. KITTS) AND NEVIS
ST. EUSTATIUS
ST. HELENA
ST. LUCIA
ST. MAARTEN
ST. MARTIN
ST. VINCENT
SANTA CRUZ ISLANDS
SAO TOME AND PRINCIPE
SAUDI ARABIA
SENEGAL
SERBIA-MONTENEGRO (YUGOSLAVIA)
SIERRA LEONE
SINGAPORE
SLOVAK REPUBLIC (SLOVAKIA)
SLOVENIA
SOLOMON ISLANDS
SOUTH AFRICA
SRI LANKA
SUDAN
SURINAME
SWAZILAND
SYRIAN ARAB REPUBLIC (SYRIA)
TAHITI
TAIWAN
TAJIKISTAN
TANZANIA
THAILAND
TOGO
TONGA
TRANSKEI
TRINIDAD AND TOBAGO
TRISTAN DA CUNHA
TUNISIA
TURKEY
TURKMENISTAN
TURKS AND CAICOS ISLANDS
TUVALU
UGANDA
UKRAINE
UNITED ARAB EMIRATES
URUGUAY
UZBEKISTAN
VANUATU
VENEZUELA
VIETNAM
WALLIS AND FUTUNA ISLANDS
WESTERN SAMOA
YEMEN
ZAMBIA
ZANZIBAR
ZIMBABWE

## EXHIBIT B

### GLOBAL BULK ECONOMY (GBE) COUNTRY LIST

### OAKLAND INTERNATIONAL SERVICE FACILITY (OISF)

Notes:
1. Cutoff time is 10 AM of close-out day.
2. Close out day is two business days prior to dispatch day.
3. All mail is dispatched weekly.

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| AUSTRALIA | SYD | | THURSDAY | 25 | 2 |
| BHUTAN | | Include with India. | | | |
| BRUNEI DARUSSALAM | BWN | | WEDNESDAY | N/A | 3 |
| BURMA (MYANMAR) | RGN | | WEDNESDAY | N/A | 3 |
| CHINA | TSN | Include Tibet and Mongolia | THURSDAY | 15 | 3 |
| COOK ISLANDS | RAR | | TUESDAY | N/A | 3 |
| FIJI | SUV | Include Kiribati and Tuvalu. | MONDAY | 30 | 3 |
| FRENCH POLYNESIA | PPT | Include Tahiti. | TUESDAY | 10 | 3 |
| HONG KONG | HKG | Include Kowloon and North Korea | FRIDAY | 16 | 3 |
| INDIA | BOF | Include Bhutan. | WEDNESDAY | 31 | 3 |
| INDONESIA | TNS | | FRIDAY | 27 | 3 |
| JAPAN | KWS | Include Okinawa and Ryukyu Islands | TUESDAY | 13 | 2 |
| KIRIBATI | | Include with Fiji. | | | |
| KOREA, PEOPLE'S REPUBLIC OF (NORTH KOREA) | | Include with Hong Kong. | | | |
| KOREA, REPUBLIC OF (SOUTH KOREA) | PUS | | TUESDAY | 14 | 3 |
| KOWLOON | | Include with Hong Kong. | | | |
| LAOS | VTE | | FRIDAY | N/A | 3 |
| MACAO | MFM | | FRIDAY | N/A | 3 |
| MALAYSIA | KUL | | WEDNESDAY | 20 | 3 |

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| MALDIVES | | Include with Singapore. | | | |
| MONGOLIA | | Include with China. | | | |
| NAURU | ACW | | THURSDAY | N/A | 3 |
| NEPAL | KTM | | THURSDAY | N/A | 3 |
| NEW CALEDONIA | NOU | Include Wallis and Futuna Isalnds | THURSDAY | N/A | 3 |
| NEW HEBRIDES | | Include with Vanuatu. | | | |
| NEW ZEALAND | AKL | Include Pitcairn Island, Niue Islands and Ross Dependency | TUESDAY | 18 | 2 |
| NIUE ISLANDS | | Include with New Zealand. | | | |
| OKINAWA | | Include with Japan. | | | |
| PAPUA NEW GUINEA | LAE | | THURSDAY | N/A | 3 |
| PHILIPPINES | MNL | | WEDNESDAY | 19 | 3 |
| PITCAIRN ISLAND | | Include with New Zealand. | | | |
| ROSS DEPENDENCY | | Include with New Zealand. | | | |
| RYUKYU ISLANDS | | Include with Japan. | | | |
| SANTA CRUZ ISLANDS | | Include with Solomon Islands | | | |
| SINGAPORE | SIN | Include Maldives. | WEDNESDAY | 19 | 3 |
| SOLOMON ISLANDS | HIR | Include Santa Cruz Islands | THURSDAY | N/A | 3 |
| TAHITI | | Include with French Polynesia | | | |
| TAIWAN | TPE | | TUESDAY | 15 | 3 |
| THAILAND | BKK | | FRIDAY | 20 | 3 |
| TIBET | | Include with China. | | | |
| TONGA | TBU | | TUESDAY | N/A | 3 |
| TUVALU | | Include with Fiji. | | | |
| VANUATU | VLI | Include New Hebrides. | THURSDAY | N/A | 3 |
| VIETNAM | SGN | | WEDNESDAY | N/A | 3 |
| WALLIS AND FUTUNA ISLANDS | | Include with New Caledonia. | | | |
| WESTERN SAMOA | APW | | THURSDAY | 13 | 3 |

**RATE GROUP 1**
N/A

**RATE GROUP 2**

AUSTRALIA
JAPAN
NEW ZEALAND
NIUE ISLANDS

**RATE GROUP 3**

BHUTAN
BRUNEI DARUSSALAM
BURMA (MYANMAR)
CHINA
COOK ISLANDS
FIJI
FRENCH POLYNESIA
HONG KONG
INDIA
INDONESIA
KIRIBATI
KOREA, PEOPLE'S REPUBLIC OF (NORTH KOREA)
KOREA, REPUBLIC OF (SOUTH KOREA)
KOWLOON
LAOS
MACAO
MALAYSIA
MALDIVES
OKINAWA
PITCAIRN ISLAND
ROSS DEPENDENCY
RYUKYU ISLANDS
MONGOLIA
NAURU
NEPAL
NEW CALEDONIA
NEW HEBRIDES
PAPUA NEW GUINEA
PHILIPPINES
SANTA CRUZ ISLANDS
SINGAPORE
SOLOMON ISLANDS
TAHITI
TAIWAN
THAILAND
TIBET
TONGA
TUVALU
VANUATU
VIETNAM
WALLIS AND FUTUNA ISLANDS
WESTERN SAMOA