# EXHIBIT D2

ORIGINAL

***INTERNATIONAL CUSTOMIZED MAIL SERVICE AGREEMENT BETWEEN THE UNITED STATES POSTAL SERVICE AND DISTRIBUTION POSTAL COMPANY***

This Agreement is between the United States Postal Service, an independent establishment of the United States government, and Distribution Postal Company

**ARTICLE 1. PURPOSE OF THE AGREEMENT**

This Agreement shall govern the use Distribution Postal Company shall have of International Customized Mail service for International Priority Airmail (IPA), International Surface Air Lift service (ISAL), Global Express Mail™ (EMS), International M-bags, Global Bulk Economy service, and Global Direct service.

**ARTICLE 2. DEFINITIONS**

As used in this Agreement:

1. "USPS" means the United States Postal Service.
2. "Mailer" means Distribution Postal Company, 6200 Frankford Ave., Baltimore, MD 21206-4902, its subsidiaries and agents.
3. "DMM" means the *Domestic Mail Manual* as published by the USPS from time to time.
4. "IMM" means the *International Mail Manual* as published by the USPS from time to time.
5. "ICM" means International Customized Mail, the bulk mailing system created by this Agreement, pursuant to which the USPS shall accept mail from the Mailer for international delivery.
6. "IPA" means International Priority Airmail service.
7. "ISAL" means International Surface Air Lift service.
8. "M-bags" means special sacks for printed matter directed to a single address in another country.
9. "EMS" means Global Express Mail™ (EMS) service.
10. "GBE" means Global Bulk Economy service.
11. "Global Direct" means mail tendered in the United States bearing the postage indicia of a foreign country and entered directly in to the domestic mail stream of that country.
12. "United States" means the United States of America, its territories and possessions.
13. "Qualifying Mail" means ICM Mail that meets the requirements set forth in Article 3 of this Agreement.
14. "Non-Qualifying Mail" means ICM Mail that does not meet the requirements set forth in Article 3 of this Agreement.

ORIGINAL

**ARTICLE 3. QUALIFYING MAIL**
Only mail that meets the following requirements shall qualify as ICM Qualifying Mail except as those requirements conflict with the applicable specific requirements set forth in this Agreement except as those requirements conflict with the applicable specific preparation requirements set forth in Article 4.

1. EMS. Every item must comply with the preparation requirements set forth in IMM 220 for Global Express Mail™ (EMS).
2. IPA. Every item must comply with the preparation requirements set forth in IMM 292 for International Priority Airmail service.
3. ISAL. Every item must comply with the preparation requirements set forth in IMM 293 for International Surface Air Lift service.
4. GBE. Every item must comply with the preparation and payment requirements set forth in Annex One to this Agreement. The average weight of GBE items must be at least four (4) ounces.
5. M-bags. Every item must comply with the preparation requirements set forth in IMM 260 for direct sacks of Printed Matter to one addressee.
6. Global Direct Service. Every item must comply with the preparation requirements of the destination country.

**ARTICLE 4. SPECIFIC PREPARATION REQUIREMENTS**

1. Mailings of Qualifying Mail must be kept separate from any other type of mail the Mailer tenders.
2. International mailings must be separated from domestic mailings.
3. In lieu of affixing postage, a dedicated Express Mail Corporate Account shall be used for payment of all qualifying EMS mailed under this Agreement.
4. IMM 222 shall not apply.

**ARTICLE 5. NON-QUALIFYING MAIL**
The USPS, at its option and without forfeiting any of its rights under this Agreement, may either refuse to accept Non-Qualifying Mail or accept Non-Qualifying Mail under terms and conditions and at postage rates to be specified by the USPS.

**ARTICLE 6. OBLIGATIONS OF THE USPS**
The USPS hereby agrees:

1. Supplies. To furnish the Mailer or its agent(s) with the postal equipment and postal supplies required for the use of Qualifying Mail.
2. On-site Training. To provide the Mailer or its agent(s) with the preparation requirements for Qualifying Mail and any training necessary to prepare mail in conformity with the requirements for Qualifying Mail.

ORIGINAL

3. Transportation. To arrange with carriers to transport Qualifying Mail to international destinations for delivery by the appropriate authority.

4. Corporate Account Mailing Statement. To provide the Mailer with an Express Mail Corporate Account Mailing Statement at the end of each Postal Quarter showing a beginning and ending balance in the account, deposits, postage and fees paid, and a listing of each shipment mailed including the date of mailing, label numbers, office of mailing, and number of shipments.

## ARTICLE 7. OBLIGATIONS OF THE MAILER

The Mailer hereby agrees:

1. Tender Amount. To tender to the USPS mail intended for delivery outside the United States that generates at least $25 million in actual postage on an annualized basis beginning on the effective date of this Agreement as defined in Article 12.

2. Tender Locations. To tender:

   a. At least ninety-nine (99) percent of IPA Qualifying Mail in drop shipments to the appropriate locations specified in IMM 292.153 and the USPS Seattle Air Mail Facility, 16601, Air Cargo Road, Seattle, WA 98158-9741. The Seattle, WA, location is to be used only for mailings intended for delivery in Canada.

   b. At least ninety-nine (99) percent of ISAL Qualifying Mail in drop shipments to the appropriate locations specified in IMM 293.32 and the USPS Seattle Air Mail Facility, 16601, Air Cargo Road, Seattle, WA 98158-9741. The Seattle, WA, location is to be used only for mailings intended for delivery in Canada.

   c. No more than one (1) percent of IPA and ISAL Qualifying Mail to other postal facilities at the full service rate.

   d. One hundred (100) percent of GBE mail in drop shipments to the USPS facilities at the New Jersey International and Bulk Mail Center, 80 County Road, Jersey City, NJ 07097-9998, the Oakland International Service Facility, 500 85th Avenue, Oakland, CA 94622-9998, and the Chicago Bulk Mail Center, 7500 W. Roosevelt Rd., Forest Park, IL 60130-2296 as appropriate.

   e. At least ninety-nine (99) percent of M-bags in drop shipments at any USPS International Service Center location.

   f. One hundred (100) percent of Global Direct Lettermail mailings in drop shipments to at any USPS International Service Center location and one hundred (100) percent of Global Direct Admail and Publications Mail in drop shipments at the appropriate deposit locations as specified in Annex 2.

   g. One hundred (100) percent of Global Express Mail™ (EMS) Qualifying Mail in drop shipments at any USPS International Service Center location.

ORIGINAL

3. Exclusivity. To use the ICM program exclusively when the mailing items meet the requirements of Article 3 of this Agreement.

4. Advance Notification. To provide:

   a. The Manager, International Customized Mail, via e-mail to icmusps@usps.gov, with notification of intent to drop ship mail at a specific location two weeks before the initial shipment to that location.

   b. The Manager, International Customized Mail, via e-mail to icmusps@usps.gov, with notification of new permit numbers used for Qualifying Mail, one week in advance of using the new permit numbers. The message should include the permit number, the city, State, and ZIP+4 Code where the permit is held, the name of the permit holder, and the requested effective date.

   c. The appropriate USPS acceptance sites with projections of mailings to include the intended date of mailing, weight, and volume of the mailings.

5. Payment of Postage. To pay postage to the USPS, either directly or through a mailing agent:

   a. For IPA, ISAL, Global Direct service, and M-Bags by use of permit imprints subject to the conditions stated in DMM 604.6.

   b. For Global Express Mail™ (EMS) by use of a dedicated Express Mail Corporate Account.

   c. For GBE by use of a dedicated permit imprints used exclusively for GBE mailings.

## ARTICLE 8. POSTAGE RATES

1. ISAL and M-bags. In consideration of Article 7.1, the Mailer will receive a discount of sixteen (16) percent off the non-discounted published rates in effect on the date of mailing ISAL and M-bag Qualifying Mail.

2. GBE. In consideration of Article 7.1, the Mailer will receive a discount of sixteen (16) percent off the base rates for Global Bulk Economy service found in Annex One to this Agreement.

3. EMS. In consideration of Article 7.1, the Mailer will receive a discount of twelve (12) percent off the non-discounted published rates in effect on the date of mailing Global Express Mail™ (EMS) Qualifying Mail.

4. IPA. In consideration of Article 7.1, the Mailer will receive a discount of:

   a. Sixteen (16) percent off the non-discounted published rates for IPA rate groups 1, 2, 5, 6, 7, 8, and the non-discounted published rates for IPA worldwide non-presort;

   b. Four (4) percent off the non-discounted published rates for IPA rate group 3;

ORIGINAL

c. Twelve (12) percent off the non-discounted published rates for IPA rate group 4.

The discounted rates for IPA shall be expressed to three decimal places. The discounted rates, expressed to three decimal places, for IPA to be used under this Agreement relative to the non-discounted published rates in effect beginning January 8, 2006, are detailed in Annex 4. The discounted rates in Annex 4 are subject to modification under the terms of Article 10.

5. Global Direct. In consideration of Article 7.1, the Mailer will receive the rates in exhibits 8.5.1, 8.5.2, and 8.5.3.

**Exhibit 8.5.1 Global Direct – Canada Lettermail**

| **Standard (Short / Long)** | | |
|---|---|---|
| **Piece Weight (oz.)** | **Piece Weight (g.)** | **Rate Per Piece** |
| up to 1.06 oz. | up to 30.0 g. | US $0.440 |
| over 1.06 oz. and up to 1.76 oz. | over 30.0 g and up to 50.0 g. | US $0.770 |
| over 1.76 oz. and up to 3.53 oz. | over 50.0 g and up to 100.0 g. | US $0.910 |
| over 3.53 oz. and up to 7.05 oz. | over 100.0 g. and up to 200.0 g. | US $1.530 |
| over 7.05 oz. and up to 17.63 oz. | over 200.0 g. and up to 500.0g. | US $2.150 |
| | | |
| **Large (Oversize)** | | |
| **Piece Weight (oz.)** | **Piece Weight (g.)** | **Rate F** |
| up to 3.53 oz. | up to 100.0 g. | US $0.910 |
| over 3.53 oz. and up to 7.05 oz. | over 100.0 g. and up to 200.0 g. | US $1.530 |
| over 7.05 oz. and up to 17.63 oz. | over 200.0 g. and up to 500.0g. | US $2.150 |

**Exhibit 8.5.2 Global Direct – Canada Admail**

| **Machineable** | **STANDARD** | **LARGE** | |
|---|---|---|---|
| First 1.76 oz. (0.11 lb.) (50 g.) | US $0.355 | US $0.500 | |
| Over 1.76 oz. (0.11 lb.) (50 g.) Per additional pound | N/A | US $0.917 | |
| **Letter Carrier Presort** | | | **National Distribution Guide** |
| First 1.76 oz (0.11 lb.) (50 g.) | **STANDARD** | **LARGE** | First 1.76 oz (0.11 lb.) (50 g.) |
| Delivery Mode Direct | US $0.318 | US $0.391 | STANDARD LARGE |
| Delivery Facility | US $0.346 | US $0.445 | US $0.391 US $0.509 |
| Distribution Center Facility (DCF) | US $0.355 | US $0.454 | |
| Residue | US $0.445 | US $0.563 | Over 1.76 oz (0.11 lb.) (50 g.) |
| Over 1.76 oz. (0.11 lb.) (50 g.) Per additional pound | US $0.917 | US $0.917 | Per additional pound STANDARD LARGE US $0.917 US $0.917 |

ORIGINAL

**EXHIBIT 8.5.3 Global Direct – Canada Publications Mail**

| Letter Carrier Presort | | National Distribution Guide |
|---|---|---|
| First 7.05 oz. (0.44 lb.) (200 g.) | | Up to First 3.52oz. (0.22 lb.) (100 g) |
| Delivery Mode Direct | US $0.369 | US $0.518 |
| Delivery Facility | US $0.425 | |
| Distribution Center Facility (DCF) | US $0.434 | Over 3.52oz. (0.22lb.) (100 g.) |
| Residue | US $0.714 | Per additional pound |
| Over 7.05 oz. (0.44 lb.) (200 g.) | | US $1.102 |
| Per additional pound | US $1.144 | |

## ARTICLE 9. GUARANTEE

If the Mailer does not tender to the USPS international mail intended for delivery outside the United States that generates at least $25 million in actual postage on an annualized basis beginning on the effective date of this Agreement as defined in Article 12, the Mailer must reimburse the USPS the amount of the additional discount it received for IPA, ISAL, GBE, and M-Bags above the discount earned subject to this Agreement in accordance with Exhibits 9.1, 9.2, and 9.3. Payment must be made no later than three (3) months after the date the USPS informs the Mailer of the amount of the required reimbursement.

**Exhibit 9.1**

| Annual IPA, ISAL, GBE, M-bag, and Global Direct Revenue * | Percentage Discount For ISAL, GBE, M-bags, IPA Rate Groups 1, 2, 5, 6, 7, 8, and IPA Worldwide – Non-Presort |
|---|---|
| $ 2,000,000 - $ 4,999,999 | 5.00% |
| $ 5,000,000 - $ 5,999,999 | 10.00% |
| $ 6,000,000 - $ 6,999,999 | 11.00% |
| $ 7,000,000 - $ 7,999,999 | 12.00% |
| $ 8,000,000 - $ 8,999,999 | 13.00% |
| $ 9,000,000 - $ 9,999,999 | 14.00% |
| $10,000,000 - $14,999,999 | 15.25% |
| $15,000,000 - $19,999,999 | 15.50% |
| $20,000,000 - $24,999,999 | 15.75% |
| $25,000,000 and over | 16.00% |

**Exhibit 9.2**

| Annual IPA, ISAL, GBE, M-bag, and Global Direct Revenue * | Percentage Discount For IPA Rate Group 3 |
|---|---|
| $ 2,000,000 - $ 9,999,999 | 1.00% |
| $ 10,000,000 - $ 14,999,999 | 2.00% |
| $ 15,000,000 - $ 24,999,999 | 3.00% |
| $25,000,000 and over | 4.00% |

* Actual revenue received after discount is applied.

ORIGINAL

Exhibit 9.3

| Annual IPA, ISAL, GBE, M-bag, and Global Direct Revenue * | Percentage Discount For IPA Rate Group 4 |
|---|---|
| $ 2,000,000 - $ 9,999,999 | 3.00% |
| $ 10,000,000 - $ 14,999,999 | 6.00% |
| $ 15,000,000 - $ 24,999,999 | 9.00% |
| $25,000,000 and over | 12.00% |

* Actual revenue received after discount is applied.

## ARTICLE 10. MODIFICATION OF POSTAGE RATES

1. In the event that the cost for providing any one of the categories of Qualifying Mail increases in excess of five (5) percent, the USPS reserves the right to notify the Mailer and modify the rates for that service established under this Agreement.
2. The rates in Exhibits 8.5.1, 8.5.2, and 8.5.3 are based on Canada Post Corporation rates. The USPS reserves the right to modify these rates if Canada Post Corporation changes its rates during the term of this Agreement.
3. The rates in Exhibits 8.5.1, 8.5.2, and 8.5.3 are based on the one-year forward exchange rate reported in the Financial times on October 4, 2005. The USPS will review the foreign exchange rate on the first business day of the second, third, and forth calendar quarter. Should the rates in Exhibits 8.5.1, 8.5.2, and 8.5.3 fall below the Canadian domestic rates as expressed in US dollars, the USPS reserves the right to modify the rates in Exhibits 8.5.1, 8.5.2, and 8.5.3 based upon the exchange rate reported in the Financial Times on those dates.

## ARTICLE 11. NO SERVICE GUARANTEE

Nothing in this Agreement shall be construed as a representation or guarantee by the USPS that Qualifying Mail will be delivered to the appropriate addressees within any particular time.

## ARTICLE 12. TERM OF THE AGREEMENT

1. This Agreement shall be in effect from January 8, 2006 and shall remain in effect until midnight on December 31, 2006.
2. Either party to this Agreement may cancel this Agreement by giving the other party six (6) months notice in writing. If the Mailer cancels this Agreement before the states termination date, the Mailer remains bound by the terms of Article 9.

## ARTICLE 13. GOVERNING LAW

This Agreement shall be governed by, construed, and enforced in accordance with United States federal law.

ORIGINAL

**ARTICLE 14. SUSPENSIONS OF MAIL SERVICE**
In the event that a suspension of mail service from the United States to a given country would prevent delivery of Qualifying Mail to addressees in that country, the Mailer shall not tender Qualifying Mail to the USPS until service is restored. Under these circumstances, the Mailer shall have the option to make alternative arrangements for the delivery of Qualifying Mail without penalty.

**ARTICLE 15. LIMITATION OF LIABILITY**

1. Except as noted in Paragraph 2 of this Article, the liability of the USPS under this Agreement shall be limited to the refund of postage for Qualifying Mail that is lost or destroyed in bulk after being tendered to the USPS and prior to being received by the delivery authority outside of the United States. The USPS shall not be liable for any actual or consequential damages suffered by the Mailer as the result of late delivery or non-delivery of Qualifying Mail.
2. EMS items receive limited insurance against loss, damage, or rifling at no additional cost as described in IMM 220. EMS items are not insured against delay in delivery. Neither indemnity payments nor postage refunds will be made in the event of delay. The USPS will pay indemnity as provided in DMM 503 and DMM 609.

**ARTICLE 16. INDEMNITY**
The Mailer shall indemnify and save harmless the USPS and its officers, agents, and employees from any and all claims, losses, costs, damages, or expenses growing out of, or connected in any other way with the discharge by the Mailer of any undertaking contained in this Agreement, except for Claims arising out of the negligence or willful misconduct of the USPS or of its officers, agents, or employees. Notwithstanding its obligation to indemnify the USPS, the Mailer shall not be liable for any consequential damages suffered by the USPS.

**ARTICLE 17. FORCE MAJEURE**
Neither party shall be liable for its failure to perform under the terms of this Agreement due to any contingency beyond its reasonable control, including acts of God, fires, floods, wars, sabotage, accidents, labor disputes or shortages, governmental laws, ordinances, rules and regulations, whether valid or invalid, court orders, whether valid or invalid, inability to obtain material, equipment, or transportation, and any other similar or different contingency.

**ARTICLE 18. NO WAIVER**
The failure of either party to this Agreement to insist upon the performance of any of the terms and conditions of this Agreement, or the waiver of any breach of the terms and conditions of this Agreement, shall not be construed as thereafter waiving any such terms and conditions, but these shall continue and remain in full force and effect as if such forbearance or waiver had not occurred.

ORIGINAL

**ARTICLE 19. NUMBER AND GENDER**

The use of any particular gender or the plural or singular number in this Agreement is intended to include the other gender or number as the text may require.

**ARTICLE 20. EFFECT OF PARTIAL INVALIDITY**

The invalidity of any portion of this Agreement will not and shall not be deemed to affect the validity of any other provision. In the event that any provision of this Agreement is held to be invalid, the parties agree that the remaining provisions shall be deemed to be in full force and effect.

**ARTICLE 21. ENTIRE AGREEMENT**

This Agreement, including all Annexes thereto, shall constitute the entire agreement between the parties regarding the use of the ICM Program as it pertains to Qualifying Mail intended for delivery outside the United States. Any prior understanding or representation of any kind preceding the date of this Agreement regarding the use of the ICM Program for Qualifying Mail originating in the United States and intended for delivery outside the United States shall not be binding upon either party except to the extent incorporated in this Agreement.

**ARTICLE 22. ASSIGNMENT**

The rights of each party under this Agreement are personal to that party and may not be assigned or transferred to any other person, firm, corporation, or other entity without the prior, express, and written consent of the other party. Granting such consent shall not be unreasonably withheld and shall be allowed for assignment to a subsidiary or affiliate of the Mailer.

**ARTICLE 23. MODIFICATION**

Any modification of or Amendment to this Agreement or additional obligation assumed by either party in connection with this Agreement, with the exception of changes to rates under the terms of Article 10, shall be binding only if placed in writing and signed by each party.

**ARTICLE 24. PARAGRAPH HEADINGS**

The titles to the paragraphs of this Agreement are solely for the convenience of the parties and shall not be used to explain, modify, simplify, or aid in the interpretation of the provisions of this Agreement.

ORIGINAL

**ARTICLE 25. NOTICES**
All notices or demands required by this Agreement shall be sufficient if delivered personally or mailed to the following individuals:

**To the United States Postal Service:**

Vice President, Pricing and Classification
United States Postal Service
Room 5014
475 L'Enfant Plaza, SW
Washington, DC 20260-5014

**To the Mailer:**

Louis F. Haber, Jr.
President/CEO
Distribution Postal Company
6200 Frankford Avenue
Baltimore, MD 21206-4902

---

In witness whereof, each party to this Agreement has caused it to be executed as indicated below.

**ON BEHALF OF THE UNITED STATES POSTAL SERVICE:**

Signature: [signature]

Name: Michael Plunkett

Title: Manager, Pricing Strategy

Date: 12-20-05

**ON BEHALF OF DISTRIBUTION POSTAL COMPANY:**

Signature: L. F. Haber Sr

Name: Louis F. Haber

Title: President

Date: Dec. 21, 2005

ORIGINAL

## ANNEX ONE

## GLOBAL BULK ECONOMY (GBE) SERVICE
## MAIL PREPARATION
**Revised 8-10-05**

### Definition
Global Bulk Economy (GBE) service provides lower cost international delivery of letter-post items. Mailings are entered by the mailer at either the New Jersey International and Bulk Mail Center (NJIBMC), Oakland International Service Facility (OISF), or Chicago Bulk Mail Center (BMC) and then dispatched by the Postal Service via surface transportation to destination countries.

Mailers are provided with dispatch schedule information to each destination country and the corresponding critical entry day/time by which a mailing must be entered (not applicable for mailings entered at the Chicago BMC). Once the mailing is entered, the Postal Service will make its best effort to include it in the next scheduled dispatch.

### Qualifying Mail and Minimum Quantity Requirements
Letter-post mail as defined in IMM 241 that meets all applicable mailing standards may be sent in this service. Items do not have to be of the same size and weight to qualify. There is a minimum volume requirement of 100 pounds per mailing. Mail must be prepared in direct country sacks. The minimum weight per sack is 11 pounds.

Exception: If a mailer has less than 11 pounds of mail for a particular country, such mail may be prepared into a direct country "skin" sack, as long as the total weight of the mail presented in direct country "skin" sacks does not exceed 10% of the total weight of the mail presented in the entire mailing.

### Availability
GBE service is available from the New Jersey International and Bulk Mail Center and the Chicago Bulk Mail Center to the countries listed in Exhibit A, and from the Oakland International Service Facility to the countries listed in Exhibit B.

### Deposit
The mailer must tender the mail at one of the following locations:

New Jersey International and Bulk Mail Center
80 County Road
Jersey City, NJ 07097

Oakland International Service Facility
500 85th Avenue
Oakland, CA 94622

Chicago Bulk Mail Center
7500 W Roosevelt Road
Forest Park, IL 60130-2296

The mailer must establish an advance deposit account or obtain a postage meter license issued by the Oakland, CA, Post Office for mailings entered at OISF, and/or by the Newark, NJ, Post Office for mailings entered at NJIBMC, and/or by the Chicago, IL, Post Office for mailings entered at Chicago BMC. As an alternative, mailers who are participating in a PVDS program (see DMM 705) may have the mail verified, accepted, and paid for at the mailer's plant or at the origin post office serving the mailer's plant if authorized under DMM 705.15.2.2. Plant-verified drop shipment mail must be transported by the mailer to the drop shipment location, accompanied by PS Form 8125, *Drop Shipment Clearance Document.*

ORIGINAL

**Postage**
The following are base rates from which percentage volume discounts are applied. The GBE percentage volume discount is equal to the IPA/ISAL percentage volume discount for which the mailer qualifies, as specified in the ICM Agreement.

The per-piece rate applies to each piece regardless of its weight. The per-pound rate applies to the net weight (gross weight minus tare weight of mailing equipment) of the mail for the specific rate group. Fractions of a pound are rounded to the next whole pound for postage calculation.

**Global Bulk Economy Base Rates**
Base rates for mail tendered at the New Jersey International and Bulk Mail Center and the Oakland International Service Facility:

| Rate Group | Per-Piece | + | Per-Pound |
|---|---|---|---|
| 1 | $0.21 | + | $2.15 |
| 2 | $0.21 | + | $2.28 |
| 3 | $0.13 | + | $3.54 |

Base rates for mail tendered at the Chicago Bulk Mail Center:

| Rate Group | Per-Piece | + | Per-Pound |
|---|---|---|---|
| 1 | $0.21 | + | $2.25 |
| 2 | $0.21 | + | $2.38 |
| 3 | $0.13 | + | $3.64 |

The United States Postal Service reserves the right to change the Global Bulk Economy Base Rates subject to a sixty (60) day notification to the Mailer.

**Separation by Rate Group**
When presenting a mailing to the Postal Service, the mailer must physically separate the sacks and /or pallets by rate group (i.e. 1, 2, 3) and specify the rate group on the back of PS Tag 181 for direct country sacks and/or on the front of direct country pallet placards (when applicable). Within each rate group, direct country "skin" sacks (weighing less than 11 pounds) must also be physically separated from other direct country sacks. Direct country "skin" sacks must be further identified with the letter "S" on the back of PS Tag 181.

**Computation of Postage**
Postage is calculated by multiplying the number of pieces in the mailing by the applicable per-piece base rate, multiplying the net weight (in whole pounds) of the entire mailing by the applicable per-pound base rate, and then adding the two totals together.

**Postage Payment Methods**
GBE is subject to a per-piece rate plus a per-pound rate. Postage must be paid by postage meter, permit imprint, mailer-precanceled stamp or a combination thereof. For non-identical pieces, the applicable per-piece postage must be affixed to each piece by meter or mailer-pre-canceled stamp. For identical weight pieces, each piece may bear a permit imprint or postage meter postage for the per-piece rate portion. Postage for the per-pound rate portion may be paid from an advance deposit account or meter postage attached to the postage statement.

When postage is paid from an advance deposit account, any of the permit imprints shown in IMM Exhibit 152.3 for letter-post are acceptable. As an alternative to these formats, the following optional formats may be used:

ORIGINAL

| |
|---|
| GLOBAL BULK ECONOMY<br>U.S. POSTAGE PAID<br>JERSEY CITY, NJ 07097<br>PERMIT NO. XXX |

| |
|---|
| GLOBAL BULK ECONOMY<br>U.S. POSTAGE PAID<br>OAKLAND, CA 94622<br>PERMIT NO. XXX |

| |
|---|
| GLOBAL BULK ECONOMY<br>U.S. POSTAGE PAID<br>CHICAGO, IL 60130<br>PERMIT NO. XXX |

Note: Mailers may use permit imprint with non-identical weight pieces if authorized to use postage mailing systems under DMM 705.2, 705.3, or 705.4.

**Weight and Size Limits**
**A. Weight**

The weight limit for regular letter-post items is 4 pounds. The weight limit for letter-post items containing books is 11 pounds.

**B. Size**

1. Envelopes and Packages
   a. Minimum length and height: 5-1/2 x 3-1/2 inches
   b. Minimum depth: .007 inch
   c. Maximum length: 24 inches
   d. Maximum length, height, depth (thickness) combined: 36 inches

2. Rolls
   a. Minimum length: 4 inches
   b. Minimum length plus twice the diameter combined: 6-3/4 inches
   c. Maximum length: 36 inches
   d. Maximum length plus twice the diameter combined: 42 inches

ORIGINAL

**Preparation Requirements**
**A. Addressing**

Global Bulk Economy is subject to the addressing requirements contained in IMM 122.

**Exception:** Global Bulk Economy is not subject to the interline addressing requirement that is specified in IMM 122.1d. At the sender's risk, the English translation of the destination post office or city name may be omitted from printed addresses that are in Russian, Greek, Arabic, Hebrew, Cyrillic, Japanese, or Chinese characters. An English translation of the country name (e.g. Japan) is still required on the individual mail pieces.

**B. Marking and Packaging**

Global Bulk Economy is subject to the marking and packaging requirements contained in IMM 244.

**C. Makeup**

- All mail must be prepared in packages (bundles) within sacks. Packages must contain at least 10 items.

- Packages of letter-size mail items must be no thicker than approximately a handful of mail (4 to 6 inches). Packages of flat-size mail items may be thicker than 6 inches but must not weigh more than 11 pounds.

- All items in a package must be "faced" in the same direction (i.e. arranged so that the addresses read in the same direction, with an address visible on the top piece).

- Items that cannot be bundled because of their physical characteristics (i.e. tubes) may be placed loose in the sack.

- Each package must be securely tied. Placing rubber bands around the length and then the girth is the preferred method of securing packages of letter-size mail. Plastic strapping placed around the length and then the girth is the preferred method of securing packages of flat-size mail.

**D. Sacking and Labeling**
Packages of mail must be prepared into direct country sacks. The minimum weight per sack is 11 pounds, except for direct country "skin" sacks for which there is no individual minimum sack weight. The maximum weight per sack is 66 pounds. PS Tag 181, available from OISF and NJIBMC, must be affixed to each sack and completed as follows:

Front of Tag:

To: Enter the three-letter code of the destination exchange office and the country name.
Date: Enter the same date that appears on the Statement of Mailing.
Kg: Enter the combined weight of the sack and its contents in kilograms.

The other blocks on the tag are reserved for USPS use and must remain blank.

Back of Tag:

Enter the appropriate country rate group. For direct country "skin" sacks (weighing less than 11 pounds), also enter the letter "S."

ORIGINAL

**Examples (front of tag):**

| | |
|---|---|
| **From:** | **To:** |
| **Mail No:** | **KWS** |
| | **JAPAN** |
| **Date:** **OCTOBER 1, 2005** | |
| **Receptacle No.:** | **Via:** |
| **Class:** | |
| **Kg:** **27.2** | |

Note: Destination exchange office codes and country rate groups are listed in Exhibit A.

**E. Palletizing (optional)**
To expedite handling, country pallets may be optionally prepared when there is a minimum of 100 pounds of mail to one country. If this option is used, the mailer must first prepare direct country sacks as described above. Direct country sacks must then be placed within pallet boxes (often referred to as Gaylords) and placed on pallets. Pallets must be capped, shrink-wrapped and banded to insure their integrity during transit. A pallet label (placard) must be placed on all four sides. The pallet label (placard) formats appear below.

The following guidelines must be used when preparing pallets:

| | |
|---|---|
| Minimum height: | 20 inches |
| Maximum height: | 57 inches |
| Minimum weight: | 100 pounds |
| Maximum weight: | 2, 205 pounds (1,000 kg.) |

Note: The Postal Service provides pallets free of charge for use with GBE mailings.

ORIGINAL

# U.S. MAIL

TO: ______________________________

FROM: NJI & BMC

JERSEY CITY NJ 07097

CONTENTS:

GLOBAL BULK ECONOMY

PALLET WT. (KG)_______________

DATE: ______________________________

RATE GROUP: ___________________

# U.S. MAIL

ORIGINAL

# U.S. MAIL

TO:______________________________

FROM: OAKLAND ISF
OAKLAND CA 94622

CONTENTS:
**GLOBAL BULK ECONOMY**

PALLET WT. (KG)____________

DATE:___________________________

RATE GROUP:_________________

U.S. MAIL

ORIGINAL

**F. Special Sacking, Labeling, Palletizing Requirements for Mailings Entered at Chicago Bulk Mail Center**

The mailer must first prepare direct country sacks as described above. Direct country sacks must be made up into direct country pallets when there is a minimum of 100 pounds of mail to one country. If there is less than 100 pounds of mail to one country, direct country sacks must be made up into mixed country pallets which contain direct country sacks for more than one country. A separate mixed country pallet must be prepared for each rate group. Pallets must be capped, shrink-wrapped and banded to insure their integrity during transit. Pallet boxes must be used, except when their use would not enhance the integrity of the pallet (such as when the pallet is minimally loaded).

Each direct country pallet must have two pallet labels (placards) affixed on each of all four sides:

1. Pallet label (placard) shown in section E above (NJI&BMC version)
2. Pallet label (placard) shown below

Each mixed country pallet must have only the pallet label (placard) shown below affixed on each of all four sides. The pallet label (placard) in section E above must not be affixed to mixed country pallets.

Note concerning the pallet label (placard) shown below: For direct country pallets, the destination country name must be entered in the "Country" block. For mixed country pallets, the word "MIXED" must be entered in the "Country" block.

ORIGINAL

DATE:________________

# To:

# NJ Intl Ctr

Via

# NJ BMC

CONTENTS:

# *Global Bulk Economy (GBE)*

for:

Country:______________________________

ORIGIN: Chicago BMC

via Trip__________________

ORIGINAL

# EXHIBIT A

## GLOBAL BULK ECONOMY (GBE) COUNTRY LIST

## NEW JERSEY INTERNATIONAL AND BULK MAIL CENTER (NJIBMC)

Notes:
1. Cutoff time is 10 AM of close-out day.
2. Close out day is two business days prior to dispatch day.
3. All mail is dispatched weekly (except Iceland which is dispatched bi-weekly).

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| ALBANIA | TIA | | THURSDAY | 21 | 3 |
| ALGERIA | ALG | | WEDNESDAY | 20 | 3 |
| ANDORRA | | Include with Spain. | | | |
| ANGOLA | LOB | | MONDAY | 18 | 3 |
| ANGUILLA | | Include with Netherlands Antilles (Philipsburg). | | | |
| ANTIGUA and BARBUDA | AAJ | Include Redonda. | TUESDAY | 13 | 3 |
| ARGENTINA | BUE | | WEDNESDAY | 22 | 3 |
| ARMENIA | EVN | | THURSDAY | 30 | 3 |
| ARUBA | AUA | | WEDNESDAY | 16 | 3 |
| ASCENSION ISLANDS | | Include with Great Britain. | | | |
| AUSTRALIA | SYD | | THURSDAY | 29 | 2 |
| AUSTRIA | SZG | | WEDNESDAY | 13 | 1 |
| AZERBAIJAN | BAK | | THURSDAY | 30 | 3 |
| AZORES | | Include with Portugal. | | | |
| BAHAMAS | NAS | | WEDNESDAY | 10 | 3 |
| BAHRAIN | AAM | | THURSDAY | 35 | 3 |
| BALEARIC ISLANDS | | Include with Spain. | | | |
| BANGLADESH | CGP | | THURSDAY | 35 | 3 |
| BARBADOS | BGI | | WEDNESDAY | 12 | 3 |
| BELARUS | MSQ | | THURSDAY | 27 | 3 |
| BELGIUM | ANX | | THURSDAY | 8 | 1 |
| BELIZE | BZE | | TUESDAY | 15 | 3 |
| BENIN | COU | Include Dahomey. | WEDNESDAY | 20 | 3 |
| BERMUDA | BDA | | THURSDAY | 2 | 3 |
| BHUTAN | | Include with India. | | | |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| BOLIVIA | LPB | | WEDNESDAY | 23 | 3 |
| BONAIRE | | Include with Netherlands Antilles (Willemstad). | | | |
| BOSNIA-HERZEGOVINA | SJJ | | WEDNESDAY | 14 | 3 |
| BOTSWANA | | Include with South Africa. | | | |
| BRAZIL | RIO | | WEDNESDAY | 19 | 3 |
| BRITISH VIRGIN ISLANDS | RAD | | N/A | N/A | 3 |
| BRUNEI DARUSSALEM | BWN | | THURSDAY | 35 | 3 |
| BULGARIA | SOF | | THURSDAY | 20 | 3 |
| BURKINA FASO | OUA | | MONDAY | 40 | 3 |
| BURMA (MYANMAR) | RGN | | THURSDAY | 35 | 3 |
| BURUNDI | AGC | | MONDAY | 40 | 3 |
| CAMBODIA | AGO | | THURSDAY | 30 | 3 |
| CAMEROON | DLA | | WEDNESDAY | 20 | 3 |
| CANARY ISLANDS | | Include with Spain. | | | |
| CAPE VERDE | VXE | | MONDAY | 15 | 3 |
| CAYMAN ISLANDS | GCM | | TUESDAY | 15 | 3 |
| CENTRAL AFRICAN REPUBLIC | BGF | | WEDNESDAY | 20 | 3 |
| CHILE | SCQ | | WEDNESDAY | 21 | 3 |
| CHINA | TSN | Include Tibet and Mongolia. | N/A | N/A | 3 |
| COLOMBIA | BOG | | THURSDAY | 14 | 3 |
| COMOROS | | Include with France. | | | |
| CONGO, DEMOCRATIC REPUBLIC (KINSHASA) | FIH | | WEDNESDAY | 20 | 3 |
| CONGO, REPUBLIC OF THE (BRAZZAVILLE) | PDN | | WEDNESDAY | 20 | 3 |
| COOK ISLANDS | RAR | | THURSDAY | 40 | 3 |
| CORSICA | | Include with France. | | | |
| COSTA RICA | SJD | | THURSDAY | 13 | 3 |
| COTE D'IVOIRE (IVORY COAST) | ABJ | | WEDNESDAY | 20 | 3 |
| CROATIA | ZAG | | THURSDAY | 12 | 3 |
| CUBA | HAV | | WEDNESDAY | 20 | 3 |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| CURACAO | | Include with Netherlands Antilles (Willemstad). | | | |
| CYPRUS | LMS | | THURSDAY | 15 | 3 |
| CZECH REPUBLIC | PRG | | WEDNESDAY | 14 | 3 |
| DENMARK | AAL | Include Faroe Islands and Greenland. | MONDAY | 13 | 1 |
| DJIBOUTI | JIB | | WEDNESDAY | 15 | 3 |
| DOMINICA | DOM | | TUESDAY | 15 | 3 |
| DOMINICAN REPUBLIC | SDQ | | MONDAY | 6 | 3 |
| DUBAI | | Include with United Arab Emirates. | | | |
| ECUADOR | GYE | | THURSDAY | 14 | 3 |
| EGYPT | ALY | | FRIDAY | 19 | 3 |
| EL SALVADOR | SAL | | TUESDAY | 15 | 3 |
| ENGLAND | | Include with Great Britain. | | | |
| EQUATORIAL GUINEA | BSG | | WEDNESDAY | 20 | 3 |
| ERITREA | MSW | | WEDNESDAY | 15 | 3 |
| ESTONIA | TLL | | MONDAY | 25 | 3 |
| ETHIOPIA | ADD | | WEDNESDAY | 15 | 3 |
| FALKLAND ISLANDS | | Include with Great Britain. | | | |
| FAROE ISLANDS | | Include with Denmark. | | | |
| FIJI | SUV | | N/A | N/A | 3 |
| FINLAND | HEL | | THURSDAY | 15 | 1 |
| FRANCE | MRS | | WEDNESDAY | 15 | 1 |
| FRENCH GUIANA | CAY | | TUESDAY | 14 | 3 |
| FRENCH POLYNESIA | PPT | Include Tahiti. | N/A | N/A | 3 |
| GABON | LBV | | WEDNESDAY | 20 | 3 |
| GAMBIA | BJL | | WEDNESDAY | 15 | 3 |
| GEORGIA, REPUBLIC OF | TBS | | THURSDAY | 30 | 3 |
| GERMANY | HAM | | WEDNESDAY | 11 | 1 |
| GHANA | ACC | | THURSDAY | 25 | 3 |
| GIBRALTAR | GIB | | WEDNESDAY | 16 | 1 |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| GREAT BRITAIN & NO. IRELAND: England (except London), Wales, Isle of Man, Channel Islands, Jersey Islands, Ascension, Falkland Islands, and Seychelles. | GBR | | WEDNESDAY | 9 | 1 |
| London only. | LON | | WEDNESDAY | 9 | 1 |
| Scotland only. | GLA | | WEDNESDAY | 9 | 1 |
| Northern Ireland only. | BFS | | WEDNESDAY | 9 | 1 |
| GREECE | AHN | | THURSDAY | 16 | 1 |
| GREENLAND | | Include with Denmark. | | | |
| GRENADA | SGO | | TUESDAY | 15 | 3 |
| GUADELOUPE | PTP | Include St. Martin and St. Barthelemy. | TUESDAY | 15 | 3 |
| GUATEMALA | GUA | | WEDNESDAY | 9 | 3 |
| GUINEA | CKY | | WEDNESDAY | 20 | 3 |
| GUYANA | GEO | | TUESDAY | 15 | 3 |
| HAITI | PAP | | TUESDAY | 15 | 3 |
| HONDURAS | TGU | | WEDNESDAY | 10 | 3 |
| HONG KONG | HKG | Include Kowloon and North Korea. | THURSDAY | 29 | 3 |
| HUNGARY | BUD | | WEDNESDAY | 14 | 3 |
| ICELAND | REK | | THURSDAY | 14 | 1 |
| INDIA | BOF | Include Bhutan. | THURSDAY | 35 | 3 |
| INDONESIA | TNS | | N/A | N/A | 3 |
| IRAN | THR | | MONDAY | 37 | 3 |
| IRELAND | AHE | | MONDAY | 9 | 1 |
| ISRAEL | HFA | | FRIDAY | 21 | 1 |
| ITALY | GOA | Include San Marino. | MONDAY | 14 | 1 |
| JAMAICA | KIN | | WEDNESDAY | 5 | 3 |
| JAPAN | KWS | Include Okinawa and Ryukyu Islands. | WEDNESDAY | 24 | 2 |
| JORDAN | AMM | | THURSDAY | 21 | 3 |
| KAMPUCHEA | | See Cambodia. | | | |
| KAZAKHSTAN | ALA | | THURSDAY | 30 | 3 |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| KENYA | MBA | | MONDAY | 33 | 3 |
| KIRIBATI | | Include with Fiji. | | | 3 |
| KOREA, PEOPLE'S REPUBLIC OF (NORTH KOREA) | | Include with Hong Kong. | | | |
| KOREA, REPUBLIC OF (SOUTH KOREA) | PUS | | THURSDAY | 28 | 3 |
| KOWLOON | | Include with Hong Kong. | | | |
| KUWAIT | KWI | | THURSDAY | 35 | 3 |
| KYRGYZSTAN | | Include with Russia. | | | |
| LAOS | VTE | | N/A | N/A | 3 |
| LATVIA | RIX | | MONDAY | 19 | 3 |
| LESOTHO | | Include with South Africa. | | | |
| LIBYA | TIP | | WEDNESDAY | 15 | 3 |
| LIECHTENSTEIN | | Include with Switzerland. | | | |
| LITHUANIA | VNO | | MONDAY | 18 | 3 |
| LUXEMBOURG | LUX | | MONDAY | 10 | 1 |
| MACAO | MFM | | THURSDAY | 35 | 3 |
| MACEDONIA | SKP | | THURSDAY | 20 | 3 |
| MADAGASCAR | TNR | | WEDNESDAY | 20 | 3 |
| MADEIRA ISLANDS | FNC | | MONDAY | 15 | 3 |
| MALAWI | LMB | | MONDAY | 28 | 3 |
| MALAYSIA | KUL | | N/A | N/A | 3 |
| MALDIVES | | Include with Singapore. | | | |
| MALI | BKO | | MONDAY | 28 | 3 |
| MALTA | MLA | | MONDAY | 20 | 3 |
| MARTINIQUE | FDF | | TUESDAY | 15 | 3 |
| MAURITANIA | | Include with Senegal. | | | |
| MAURITIUS | MRU | | MONDAY | 29 | 3 |
| MEXICO | MEX | | N/A | N/A | 2 |
| MOLDOVA | KIV | | TUESDAY | 30 | 3 |
| MONACO | | Include with France. | | | |
| MONGOLIA | | Include with China. | | | |
| MONTENEGRO | | See Serbia-Montenegro. | | | |
| MONTSERRAT | MNI | | TUESDAY | 17 | 3 |
| MOROCCO | CAS | | WEDNESDAY | 20 | 3 |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| MOZAMBIQUE | MPM | | MONDAY | 28 | 3 |
| NAMIBIA | | Include with South Africa. | | | |
| NAURU | ACW | | THURSDAY | 35 | 3 |
| NEPAL | KTM | | THURSDAY | 40 | 3 |
| NETHERLANDS | RTM | | WEDNESDAY | 13 | 1 |
| NETHERLANDS ANTILLES (PHILIPSBURG) | SXM | Include Saba, St. Eustatius St. Maarten and Anguilla. | TUESDAY | 15 | 3 |
| NETHERLANDS ANTILLES (WILLEMSTAD) | WMS | Include Bonaire and Curacao. | TUESDAY | 15 | 3 |
| NEW CALEDONIA | NOU | Include Wallis and Futuna Islands. | THURSDAY | 33 | 3 |
| NEW HEBRIDES | | Include with Vanuatu. | | | |
| NEW ZEALAND | AKL | Include Pitcairn Island, Niue Islands, and Ross Dependency. | THURSDAY | 33 | 2 |
| NICARAGUA | MGA | | THURSDAY | 13 | 3 |
| NIGER | MFQ | | MONDAY | 38 | 3 |
| NIGERIA | LOS | | MONDAY | 35 | 3 |
| NIUE ISLANDS | | Include with New Zealand. | | | |
| NORTHERN IRELAND | | Include with Great Britain. | | | |
| NORWAY | OSL | | WEDNESDAY | 14 | 1 |
| OKINAWA | | Include with Japan. | | | |
| OMAN | MCT | | THURSDAY | 30 | 3 |
| PAKISTAN | KHI | | THURSDAY | 35 | 3 |
| PALAU | ROR | | N/A | N/A | 3 |
| PANAMA | PTY | | WEDNESDAY | 8 | 3 |
| PAPUA NEW GUINEA | LAE | | THURSDAY | 35 | 3 |
| PARAGUAY | ASU | | WEDNESDAY | 25 | 3 |
| PERU | LIM | | THURSDAY | 17 | 3 |
| PHILIPPINES | MNL | | THURSDAY | 31 | 3 |
| PITCAIRN ISLAND | | Include with New Zealand. | | | |
| POLAND | GYN | | MONDAY | 15 | 3 |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| PORTUGAL | LIS | Include Azores, Sao Tome and Principe. | MONDAY | 12 | 1 |
| QATAR | DOH | | THURSDAY | 35 | 3 |
| REDONDA | | Include with Antigua and Barbuda. | | | |
| REUNION | RUN | | WEDNESDAY | 20 | 3 |
| ROMANIA | CND | | THURSDAY | 19 | 3 |
| ROSS DEPENDENCY | | Include with New Zealand. | | | |
| RUSSIA | MOW | Include Kyrgyzstan, Tajikistan, and Turkmenistan. | THURSDAY | 25 | 3 |
| RWANDA | KGL | | MONDAY | 40 | 3 |
| RYUKYU ISLANDS | | Include with Japan. | | | |
| SABA | | Include with Netherlands Antilles (Philipsburg). | | | |
| ST. BARTHELEMY | | Include with Guadeloupe. | | | |
| ST. CHRISTOPHER (ST. KITTS) AND NEVIS | SKB | | TUESDAY | 15 | 3 |
| ST. EUSTATIUS | | Include with Netherlands Antilles (Philipsburg). | | | |
| ST. HELENA | | Include with South Africa. | | | |
| ST. LUCIA | SLU | | TUESDAY | 15 | 3 |
| ST. MAARTEN | | Include with Netherlands Antilles (Philipsburg). | | | |
| ST. MARTIN | | Include with Guadeloupe. | | | |
| ST. VINCENT AND THE GRENADINES | SVD | | TUESDAY | 15 | 3 |
| SAN MARINO | | Include with Italy. | | | |
| SANTA CRUZ ISLANDS | | Include with Solomon Islands. | | | |
| SAO TOME AND PRINCIPE | | Include with Portugal. | | | |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| SAUDI ARABIA | QDM | | MONDAY | 24 | 3 |
| SCOTLAND | | See Great Britain. | | | |
| SENEGAL | DKR | Include Mauritania. | MONDAY | 28 | 3 |
| SERBIA-MONTENEGRO (YUGOSLAVIA) | BEG | Include Serbia, Montenegro, and Yugoslavia. | WEDNESDAY | 15 | 3 |
| SEYCHELLES | | Include with Great Britain. | | | |
| SIERRA LEONE | FNA | | WEDNESDAY | 15 | 3 |
| SINGAPORE | SIN | | THURSDAY | 31 | 3 |
| SLOVAK REPUBLIC (SLOVAKIA) | BTS | | WEDNESDAY | 15 | 3 |
| SLOVENIA | LJU | | THURSDAY | 15 | 3 |
| SOLOMON ISLANDS | HIR | Include Santa Cruz Islands. | THURSDAY | 33 | 3 |
| SOUTH AFRICA | CPF | Include Botswana, Lesotho, Namibia, Transkei, St. Helena and Tristan da Cunha. | MONDAY | 24 | 3 |
| SPAIN | BCN | Include Andorra, Canary Islands, and Balearic Islands. | WEDNESDAY | 14 | 1 |
| SRI LANKA | CMB | | THURSDAY | 30 | 3 |
| SUDAN | KRT | | FRIDAY | 22 | 3 |
| SURINAME | PBM | | THURSDAY | 12 | 3 |
| SWAZILAND | QMN | | MONDAY | 28 | 3 |
| SWEDEN | MMA | | THURSDAY | 14 | 1 |
| SWITZERLAND | BSL | Include Liechtenstein. | MONDAY | 15 | 1 |
| SYRIAN ARAB REPUBLIC (SYRIA) | DAM | | WEDNESDAY | 15 | 3 |
| TAHITI | | Include with French Polynesia. | | | |
| TAIWAN | TPE | | THURSDAY | 31 | 3 |
| TAJIKISTAN | | Include with Russia. | | | |
| TANZANIA | DAR | Include Zanzibar. | MONDAY | 35 | 3 |
| THAILAND | BKK | | N/A | N/A | 3 |
| TIBET | | Include with China. | | | |
| TOGO | LFW | | WEDNESDAY | 20 | 3 |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| TONGA | TBU | | THURSDAY | 38 | 3 |
| TRANSKEI | | Include with South Africa. | | | |
| TRINIDAD AND TOBAGO | POS | | WEDNESDAY | 14 | 3 |
| TRISTAN DA CUNHA | | Include with South Africa. | | | |
| TUNISIA | TUN | | WEDNESDAY | 20 | 3 |
| TURKEY | IST | | WEDNESDAY | 15 | 3 |
| TURKMENISTAN | | Include with Russia. | | | |
| TURKS AND CAICOS ISLANDS | GDT | | TUESDAY | 15 | 3 |
| TUVALU | | Include with Fiji. | | | |
| UGANDA | EBB | | MONDAY | 42 | 3 |
| UKRAINE | ODS | | TUESDAY | 27 | 3 |
| UNITED ARAB EMIRATES | DXB | | THURSDAY | 28 | 3 |
| UNITED KINGDOM | | See Great Britain. | | | |
| URUGUAY | MVD | | WEDNESDAY | 23 | 3 |
| UZBEKISTAN | TAS | | THURSDAY | 22 | 3 |
| VANUATU | VLI | Include New Hebrides. | THURSDAY | 34 | 3 |
| VATICAN CITY | VCS | | MONDAY | 16 | 1 |
| VENEZUELA | CCS | | WEDNESDAY | 14 | 3 |
| VIETNAM | SGN | | THURSDAY | 35 | 3 |
| WALES | | Include with Great Britain. | | | |
| WALLIS AND FUTUNA ISLANDS | | Include with New Caledonia. | | | |
| WESTERN SAMOA | APW | | N/A | N/A | 3 |
| YEMEN | SAH | | WEDNESDAY | 15 | 3 |
| YUGOSLAVIA | | See Serbia-Montenegro. | | | |
| ZAMBIA | LVI | | MONDAY | 30 | 3 |
| ZANZIBAR | | Include with Tanzania. | | | |
| ZIMBABWE | BUQ | | MONDAY | 30 | 3 |

ORIGINAL

**RATE GROUP 1**

ANDORRA
ASCENSION ISLANDS
AUSTRIA
AZORES
BALEARIC ISLANDS
BELGIUM
CANARY ISLANDS
COMOROS
CORSICA
DENMARK
ENGLAND
FALKLAND ISLANDS
FAROE ISLANDS
FINLAND
FRANCE
GERMANY
GIBRALTAR
GREAT BRITAIN & NORTHERN IRELAND
GREECE
GREENLAND
ICELAND
IRELAND
ISRAEL
ITALY
LIECHTENSTEIN
LUXEMBOURG
NETHERLANDS
NORTHERN IRELAND
NORWAY
PORTUGAL
SAN MARINO
SCOTLAND
SEYCHELLES
SPAIN
SWEDEN
SWITZERLAND
VATICAN CITY
WALES

**RATE GROUP 2**

AUSTRALIA
JAPAN
MEXICO
NEW ZEALAND
NIUE ISLANDS
OKINAWA
PITCAIRN ISLAND
ROSS DEPENDENCY

**RATE GROUP 3**

ALBANIA
ALGERIA
ANGOLA
ANGUILLA
ANTIGUA and BARBUDA
ARGENTINA
ARMENIA
ARUBA
AZERBAIJAN
BAHAMAS
BAHRAIN
BALEARIC ISLANDS
BANGLADESH
BARBADOS
BELARUS
BELIZE
BENIN
BERMUDA
BHUTAN
BOLIVIA
BONAIRE
BOSNIA-HERZEGOVINA
BOTSWANA
BRAZIL
BRITISH VIRGIN ISLANDS
BRUNEI DARUSSALEM
BULGARIA
BURKINA FASO
BURMA (MYANMAR)
BURUNDI
CAMBODIA
CAMEROON

ORIGINAL

**RATE GROUP 3 (Continued)**

CAPE VERDE
CENTRAL AFRICAN REPUBLIC
CHILE
CHINA
COLOMBIA
COMOROS
CONGO, DEMOCRATIC REPUBLIC
(KINSHASA)
CONGO, REPUBLIC OF THE
(BRAZZAVILLE)
COOK ISLANDS
COSTA RICA
COTE D'IVOIRE (IVORY COAST)
CROATIA
CUBA
CURACAO
CYPRUS
CZECH REPUBLIC
DJIBOUTI
DOMINICA
DOMINICAN REPUBLIC.
ECUADOR
EGYPT
EL SALVADOR
EQUATORIAL GUINEA
ERITREA
ESTONIA
ETHIOPIA
FIJI
FRENCH GUIANA
FRENCH POLYNESIA
GABON
GAMBIA
GEORGIA, REPUBLIC OF
GHANA
GRENADA
GUADELOUPE
GUATEMALA
GUINEA
GUYANA
HAITI
HONDURAS
HONG KONG
HUNGARY
INDIA
INDONESIA
IRAN
JAMAICA
JORDAN
KAMPUCHEA
KAZAKHSTAN
KOREA, PEOPLE'S REPUBLIC OF
(NORTH KOREA)
KOREA, REPUBLIC OF
(SOUTH KOREA)
KOWLOON
KYRGYZSTAN
LAOS
LESOTHO
LIBYA
LITHUANIA
MACAO
MACEDONIA
MADEIRA ISLANDS
MADAGASCAR
MALAWI
MALAYSIA
MALDIVES
MALI
MALTA
MARTINIQUE
MAURITANIA
MAURITIUS
MOLDOVA
MONGOLIA
MONTSERRAT
MOROCCO
MOZAMBIQUE
NAMIBIA
NAURU
NEPAL
NETHERLANDS ANTILLES (PHILIPSBURG)
NETHERLANDS ANTILLES (WILLEMSTAD)
NEW CALEDONIA
NICARAGUA
NIGER
NIGERIA
OMAN
PAKISTAN
PANAMA

**RATE GROUP 3 (Continued)**

PAPUA NEW GUINEA
PARAGUAY
PERU
PHILIPPINES
POLAND
QATAR
REDONDA
REUNION
ROMANIA
RUSSIA
RWANDA
SABA
ST. CHRISTOPHER (ST. KITTS) AND NEVIS
ST. EUSTATIUS
ST. HELENA
ST. LUCIA
ST. MAARTEN
ST. MARTIN
ST. VINCENT
SANTA CRUZ ISLANDS
SAO TOME AND PRINCIPE
SAUDI ARABIA
SENEGAL
SERBIA-MONTENEGRO (YUGOSLAVIA)
SIERRA LEONE
SINGAPORE
SLOVAK REPUBLIC (SLOVAKIA)
SLOVENIA
SOLOMON ISLANDS
SOUTH AFRICA
SRI LANKA
SUDAN
SURINAME
SWAZILAND
SYRIAN ARAB REPUBLIC (SYRIA)
TAHITI
TAIWAN
TAJIKISTAN
TANZANIA
THAILAND
TOGO
TONGA
TRANSKEI
TRINIDAD AND TOBAGO
TRISTAN DA CUNHA
TUNISIA
TURKEY
TURKMENISTAN
TURKS AND CAICOS ISLANDS
TUVALU
UGANDA
UKRAINE
UNITED ARAB EMIRATES
URUGUAY
UZBEKISTAN
VANUATU
VENEZUELA
VIETNAM
WALLIS AND FUTUNA ISLANDS
WESTERN SAMOA
YEMEN
ZAMBIA
ZANZIBAR
ZIMBABWE

ORIGINAL

## EXHIBIT B

### GLOBAL BULK ECONOMY (GBE) COUNTRY LIST

### OAKLAND INTERNATIONAL SERVICE FACILITY (OISF)

Notes:

1. Cutoff time is 10 AM of close-out day.
2. Close out day is two business days prior to dispatch day.
3. All mail is dispatched weekly.

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| AUSTRALIA | SYD | | THURSDAY | 25 | 2 |
| BHUTAN | | Include with India. | | | |
| BRUNEI DARUSSALAM | BWN | | WEDNESDAY | N/A | 3 |
| BURMA (MYANMAR) | RGN | | WEDNESDAY | N/A | 3 |
| CHINA | TSN | Include Tibet and Mongolia | THURSDAY | 15 | 3 |
| COOK ISLANDS | RAR | | TUESDAY | N/A | 3 |
| FIJI | SUV | Include Kiribati and Tuvalu. | MONDAY | 30 | 3 |
| FRENCH POLYNESIA | PPT | Include Tahiti. | TUESDAY | 10 | 3 |
| HONG KONG | HKG | Include Kowloon and North Korea | FRIDAY | 16 | 3 |
| INDIA | BOF | Include Bhutan. | WEDNESDAY | 31 | 3 |
| INDONESIA | TNS | | FRIDAY | 27 | 3 |
| JAPAN | KWS | Include Okinawa and Ryukyu Islands | TUESDAY | 13 | 2 |
| KIRIBATI | | Include with Fiji. | | | |
| KOREA, PEOPLE'S REPUBLIC OF (NORTH KOREA) | | Include with Hong Kong. | | | |
| KOREA, REPUBLIC OF (SOUTH KOREA) | PUS | | TUESDAY | 14 | 3 |
| KOWLOON | | Include with Hong Kong. | | | |
| LAOS | VTE | | FRIDAY | N/A | 3 |
| MACAO | MFM | | FRIDAY | N/A | 3 |
| MALAYSIA | KUL | | WEDNESDAY | 20 | 3 |

ORIGINAL

| COUNTRY | DESTINATION EXCHANGE OFFICE CODE | OBSERVATIONS | CLOSE OUT DAY | TRANSIT TIME TO DESTINATION PORT | RATE GROUP |
|---|---|---|---|---|---|
| MALDIVES | | Include with Singapore. | | | |
| MONGOLIA | | Include with China. | | | |
| NAURU | ACW | | THURSDAY | N/A | 3 |
| NEPAL | KTM | | THURSDAY | N/A | 3 |
| NEW CALEDONIA | NOU | Include Wallis and Futuna Islands | THURSDAY | N/A | 3 |
| NEW HEBRIDES | | Include with Vanuatu. | | | |
| NEW ZEALAND | AKL | Include Pitcairn Island, Niue Islands and Ross Dependency | TUESDAY | 18 | 2 |
| NIUE ISLANDS | | Include with New Zealand. | | | |
| OKINAWA | | Include with Japan. | | | |
| PAPUA NEW GUINEA | LAE | | THURSDAY | N/A | 3 |
| PHILIPPINES | MNL | | WEDNESDAY | 19 | 3 |
| PITCAIRN ISLAND | | Include with New Zealand. | | | |
| ROSS DEPENDENCY | | Include with New Zealand. | | | |
| RYUKYU ISLANDS | | Include with Japan. | | | |
| SANTA CRUZ ISLANDS | | Include with Solomon Islands | | | |
| SINGAPORE | SIN | Include Maldives. | WEDNESDAY | 19 | 3 |
| SOLOMON ISLANDS | HIR | Include Santa Cruz Islands | THURSDAY | N/A | 3 |
| TAHITI | | Include with French Polynesia | | | |
| TAIWAN | TPE | | TUESDAY | 15 | 3 |
| THAILAND | BKK | | FRIDAY | 20 | 3 |
| TIBET | | Include with China. | | | |
| TONGA | TBU | | TUESDAY | N/A | 3 |
| TUVALU | | Include with Fiji. | | | |
| VANUATU | VLI | Include New Hebrides. | THURSDAY | N/A | 3 |
| VIETNAM | SGN | | WEDNESDAY | N/A | 3 |
| WALLIS AND FUTUNA ISLANDS | | Include with New Caledonia. | | | |
| WESTERN SAMOA | APW | | THURSDAY | 13 | 3 |

ORIGINAL

**RATE GROUP 1**
N/A

**RATE GROUP 2**

AUSTRALIA
JAPAN
NEW ZEALAND
NIUE ISLANDS

**RATE GROUP 3**

BHUTAN
BRUNEI DARUSSALAM
BURMA (MYANMAR)
CHINA
COOK ISLANDS
FIJI
FRENCH POLYNESIA
HONG KONG
INDIA
INDONESIA
KIRIBATI
KOREA, PEOPLE'S REPUBLIC OF (NORTH KOREA)
KOREA, REPUBLIC OF (SOUTH KOREA)
KOWLOON
LAOS
MACAO
MALAYSIA
MALDIVES
OKINAWA
PITCAIRN ISLAND
ROSS DEPENDENCY
RYUKYU ISLANDS
MONGOLIA
NAURU
NEPAL
NEW CALEDONIA
NEW HEBRIDES
PAPUA NEW GUINEA
PHILIPPINES
SANTA CRUZ ISLANDS
SINGAPORE
SOLOMON ISLANDS
TAHITI
TAIWAN
THAILAND
TIBET
TONGA
TUVALU
VANUATU
VIETNAM
WALLIS AND FUTUNA ISLANDS
WESTERN SAMOA

ORIGINAL

## ANNEX 2

## MAILING LOCATIONS FOR
## GLOBAL DIRECT – CANADA ADMAIL

John F. Kennedy Airport Mail Center
John F. Kennedy International Airport
Building 250
Jamaica, NY 11430-9998

New Jersey International Bulk Mail Center
US Postal Service
80 County Road
Jersey City, NJ 07097-9998

J. T. Weeker International Service Center
US Postal Service
O'Hare International Airport
514 Express Center Drive
Chicago, IL 60688-9998

Seattle Processing and Distribution Center
US Postal Service
2454 Occidental Avenue South
Seattle, WA 98134-9997

ORIGINAL

## ANNEX 2

## MAILING LOCATIONS FOR
## GLOBAL DIRECT – CANADA PUBLICATIONS MAIL

John F. Kennedy Airport Mail Center
John F. Kennedy International Airport
Building 250
Jamaica, NY 11430-9998

New Jersey International Bulk Mail Center
US Postal Service
80 County Road
Jersey City, NJ 07097-9998

J. T. Weeker International Service Center
US Postal Service
O'Hare International Airport
514 Express Center Drive
Chicago, IL 60688-9998

Seattle Bulk Mail Center
US Postal Service
34301 9th Avenue South
Federal Way, WA 98003-6721

ORIGINAL

# ANNEX 3
# PREPARATION REQUIREMENTS
# GLOBAL DIRECT – CANADA LETTERMAIL

Global Direct – Canada Lettermail (Lettermail) is a First-Class type mail service to all addresses in Canada. Lettermail consists of any mailable item the sender chooses to post at the Lettermail rate. Such items include, but are not limited, to letters, postcards or similar communications, receipts, invoices or similar articles of a financial nature, notices, reports, and product information.

Global Direct - Canada Lettermail can be Standard (Short / Long), Non-coded, Non-standard, or Large (Oversize). To qualify for Standard (Short / Long) Lettermail rates, mail must have the correct postal code and meet size and weight specifications for this service.

| | LENGTH | | WIDTH | | THICKNESS | | WEIGHT | |
|---|---|---|---|---|---|---|---|---|
| **STANDARD ( SHORT/ LONG) AND NON-CODED** | **MIN.** | **MAX.** | **MIN.** | **MAX.** | **MIN.** | **MAX.** | **MIN.** | **MAX.** |
| Envelope | 140 mm. (5.51 in.) | 245 mm. (9.64 in.) | 90 mm (3.54 in.) | 156 mm (6.14 in.) | 0.18 mm (0.007 in.) | 5 mm (0.19 in.) | 3 g (0.105 oz.) | 50 g (1.76 oz.) |
| Self-Mailer | 140 mm. (5.51 in.) | 245 mm. (9.64 in.) | 90 mm (3.54 in.) | 156 mm (6.14 in.) | 0.18 mm (0.007 in.) | 5 mm (0.19 in.) | 5 g (0.176 oz.) | 50 g (1.76 oz.) |
| Card or Postcard * | 140 mm. (5.51 in.) | 235 mm (9.25 in.) | 90 mm (3.54 in.) | 120 mm (4.72 in.) | 0.18 mm (0.007 in.) | * | * | * |
| **NON-STANDARD (OVERSIZE)** | | | | | | | | |
| Envelope | N/A | 380 mm (14.96 in.) | N/A | 270 mm (10.62 in.) | N/A | 20 mm (0.78 in.) | N/A | 500 g (17.6 oz.) |
| Card or Postcard * | N/A | 380 mm (14.96 in.) | N/A | 270 mm (10.62 in.) | N/A | 20 mm (0.78 in.) | N/A | N/A |

* No specific weight requirements for cards – dependent upon grammage of paper used and the size of the card.

## ADDRESSING
### Mailing Address:
The address of the addressee must be complete and include:
- the addressee's name;
- where applicable, the street number, street name, apartment or room number;
- the name and province of the postal facility of delivery; and
- a valid postal code for the address.

### Return Address:
When a Lettermail items bears a return address, the return address must be Canadian and it must be located on the same side as the delivery address, in the upper left corner.

## POSTAL INDICIA AND OTHER MARKINGS
Items must bear the appropriate Canada Post Corporation indicia. The number **03429792** must appear in the indicia. Camera-ready indicia artwork can be downloaded from the *Canada Postal Guide* at www.canadapost.ca/postalguide.

The Canada Post indicia shall be located:
- on the front of the item in the upper right corner,
- not more than 1.57 in. (40 mm) from the top edge,
- not more than 2.9 in. (74 mm) from the right edge.

ORIGINAL

A return address, service indication or delivery instruction may be marked/printed on a Lettermail item if it is located:

- *on the front of the item in the upper left corner,*
- 1.77 in. (45 mm) or more from the bottom edge.

Graphics or other printings may be printed on the front of a Lettermail item if they are located 1.77 in. (45 mm) or more from the bottom of the item. NOTE: Graphics or other printings shall not be located in the area reserved for the postage indicia.

**SEALING**

All envelopes must have seams that are permanently and securely sealed. Flaps must be constructed so that they can be completely and securely sealed by the mailer. Unsealed/open envelopes are not permitted for mailings of Canada Lettermail. Self-mailers must be closed on all four edges.

**MAIL PREPARATION**

All items must be placed in USPS letter trays or other appropriate USPS mail transport equipment. Use the following general guidelines when preparing letter trays:

- Face items in the same direction.
- Sleeve, band, and label each letter tray.
- Each letter tray must bear a label formatted as follows:

For mail deposited at the J. T. Weeker International Service Center in Chicago:

| | | |
|---|---|---|
| **TORONTO ON** | **FWD** | **60688** |
| **LETTERMAIL** | | |
| **MAILER NAME** | **MAILER LOCATION** | |

For mail deposited at the John F. Kennedy Airport Mail Center IN New York:

| | | |
|---|---|---|
| **MONTREAL QC** | **FWD** | **11430** |
| **LETTERMAIL** | | |
| **MAILER NAME** | **MAILER LOCATION** | |

ORIGINAL

**PRESENTATION OF MAILING**
Each mailing must be accompanied by a completed PS Form 3651-LP, *Postage Statement – International Letter-post – Permit Imprint,* Part B, Line 1.

**FURTHER INFORMATION**
Further information on the preparation of Canada Lettermail may be found on the Canada Post Corporation website www.canadapost.com under the On Line Business Center, Products and Services section, On Line Tools, Postal Guide, Domestic Products and Services, Lettermail.

**SIZE AND WEIGHT SPECIFICATIONS FOR GLOBAL DIRECT – CANADA ADMAIL**

| | LENGTH | | WIDTH | | THICKNESS | | WEIGHT | |
|---|---|---|---|---|---|---|---|---|
| | MIN. | MAX. | MIN. | MAX. | MIN. | MAX. | MIN. | MAX. |
| STANDARD ( SHORT/ LONG) MACHINEABLE | 140 mm. (5.51 in.) | 245 mm. (9.64 in.) | 90 mm (3.54 in.) | 156 mm (6.14 in.) | 0.18 mm (0.007 in.) | 5 mm (0.19 in.) | 3 g * (0.11 oz.) | 50 g (1.76 oz.) |
| POSTCARDS OR CARDS MACHINEABLE | 140 mm. (5.51 in.) | 235 mm. (9.25 in.) | 90 mm (3.54 in.) | 120 mm (4.72 in.) | 0.18 mm (0.007 in.) | 5 mm (0.19 in.) | N/A | 50 g (1.76 oz.) |
| NON-STANDARD (OVERSIZE) MACHINEABLE | 140 mm. (5.51 in.) | 380 mm (14.96 in.) | 90 mm (3.54 in.) | 270 mm (10.62 in.) | 5 mm (0.19 in.) | 20 mm (0.78 in.) | 10 g (0.35 oz) | 500 g (17.6 oz.) |
| STANDARD (SHORT / LONG) PRESORT (LCP AND NDG) | 100 mm (3.93 in.) | 245 mm. (9.64 in.) | 70 mm (2.75 in.) | 156 mm (6.14 in.) | 0.18 mm (0.007 in.) | 5 mm (0.19 in.) | N/A | 100 g (3.52 oz.) |
| NON-STANDARD (OVERSIZE) PRESORT (LCP AND NDG) | 100 mm (3.93 in.) | 380 mm (14.96 in.) | 70 mm (2.75 in.) | 270 mm (10.62 in.) | 0.18 mm (0.007 in.) | 20 mm (0.78 in.) | N/A | 500 g (17.6 oz.) |
| * The minimum weight of a self-mailer id 5 grams. | | | | | | | | |

***PRESENTATION OF MAILING***
Each mailing of Global Direct – Canada Admail must be accompanied by a completed PS Form 3656, *Postage Statement for Global Direct – Canada Admail – (Permit Imprint).*

**SIZE AND WEIGHT SPECIFICATIONS FOR GLOBAL DIRECT – CANADA PUBLICATIONS MAIL**

| | LENGTH | | WIDTH | | THICKNESS | | WEIGHT | |
|---|---|---|---|---|---|---|---|---|
| INDIVIDUALLY ADDRESSED COPIES | MIN. | MAX. | MIN. | MAX. | MIN. | MAX. | MIN. | MAX. |
| PRESORT (LCP or NDG) | 140 mm. (5.51 in.) | 600 mm.* (23.62 in.) | 90 mm (3.54 in.) | 600 mm.* (23.62 in.) | 0.18 mm (0.007 in.) | 200 mm * (7.86 in.) | N/A | 1.36 kg (2.99 lbs.) |
| MACHINEABLE STANDARD (SHORT / LONG) | 140 mm. (5.51 in.) | 245 mm. (9.64 in.) | 90 mm (3.54 in.) | 150 mm (5.90 in.) | 0.18 mm (0.007 in.) | 5 mm (0.19 in.) | 3 g (0.105 oz.) | 50 g (1.76 oz.) |
| MACHINEABLE NON-STANDARD (OVERSIZE) | 140 mm. (5.51 in.) | 380 mm (14.96 in.) | 90 mm (3.54 in.) | 270 mm (10.62 in.) | 5 mm (0.19 in.) | 20 mm (0.78 in.) | 10 g (0.35 oz) | 750 g (26.45oz.) |
| * length + girth must not exceed 2.0 m (78 ¾ in.) | | | | | | | | |

***PRESENTATION OF MAILING***
Each mailing of Global Direct – Canada Publications Mail must be accompanied by a completed PS Form 3651-LP, *Postage Statement – International Letter-post – Permit Imprint,* Part E. PS Form 3657, *Postage Statement for Global Direct – Canada Publications Mail (Permit Imprint)* may be used as a worksheet.

**NOTE:** For Global Direct – Canada specifications, US equivalents to metric measurements for size and weight are for reference only. Metric standards are required for size and weight. Mail becomes non-standard (oversize) when it exceeds any one of the maximum dimensions and/or weight requirements of standard (short / long) items.

ORIGINAL

# ANNEX 4

## DISCOUNTED RATES FOR INTERNATIONAL PRIORITY AIRMAIL (IPA) EXPRESSED TO THREE DECIMAL PLACES

## DROP SHIP RATES

| Published Rates | | Discount | ICM Discounted Rate |
|---|---|---|---|
| Rate Group 1 | | | |
| Per Piece | $0.30 | 16% | **$0.252** |
| Per Pound | $2.75 | 16% | **$2.310** |
| Rate Group 2 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $4.85 | 16% | **$4.074** |
| Rate Group 3 | | | |
| Per Piece | $0.27 | 4% | **$0.259** |
| Per Pound | $4.35 | 4% | **$4.176** |
| Rate Group 4 | | | |
| Per Piece | $0.26 | 12% | **$0.229** |
| Per Pound | $5.80 | 12% | **$5.104** |
| Rate Group 5 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $5.10 | 16% | **$4.284** |
| Rate Group 6 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $5.00 | 16% | **$4.200** |
| Rate Group 7 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $6.60 | 16% | **$5.544** |
| Rate Group 8 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $7.65 | 16% | **$6.426** |
| Worldwide Non-Presort | | | |
| Per Piece | $0.21 | 16% | **$0.176** |
| Per Pound | $7.40 | 16% | **$6.216** |

ORIGINAL

## ANNEX 4

## DISCOUNTED RATES FOR INTERNATIONAL PRIORITY AIRMAIL (IPA) EXPRESSED TO THREE DECIMAL PLACES

## FULL SERVICE RATES

| Published Rates | | Discount | ICM Discounted Rate |
|---|---|---|---|
| Rate Group 1 | | | |
| Per Piece | $0.30 | 16% | **$0.252** |
| Per Pound | $3.75 | 16% | **$3.150** |
| Rate Group 2 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $5.85 | 16% | **$4.914** |
| Rate Group 3 | | | |
| Per Piece | $0.27 | 4% | **$0.259** |
| Per Pound | $5.35 | 4% | **$5.136** |
| Rate Group 4 | | | |
| Per Piece | $0.26 | 12% | **$0.229** |
| Per Pound | $6.80 | 12% | **$5.984** |
| Rate Group 5 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $6.10 | 16% | **$5.124** |
| Rate Group 6 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $6.00 | 16% | **$5.040** |
| Rate Group 7 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $7.60 | 16% | **$6.384** |
| Rate Group 8 | | | |
| Per Piece | $0.13 | 16% | **$0.109** |
| Per Pound | $8.65 | 16% | **$7.266** |
| Worldwide Non-Presort | | | |
| Per Piece | $0.21 | 16% | **$0.176** |
| Per Pound | $8.40 | 16% | **$7.056** |

# EXHIBIT D3

UNITED STATES POSTAL SERVICE

3192

Page 1 of 2

# FINAL NOTICE

USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9640

October 16, 2006

**Question or correspondence:**

SEE ENCLOSED REMINDER/NOTICE.

DISTRIBUTION POSTAL COMPANY
C/O LOUIS F HABER JR
PRESIDENT/CEO
6200 FRANKFORD AVE
BALTIMORE MD 21206-4902

| INVOICE | REFERENCE | INVOICE DATE | DAYS LATE | ORIGINAL AMOUNT | FINANCE CHARGE | PMT/ ADJ | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 1347972 | Q67970 PRD | 28-APR-06 | 141 | $136,571.00 | $0.00 | $0.00 | $136,571.00 |

**TOTAL PAST DUE:** $136,571.00

——To ensure proper credit to your account please return bottom portion with your remittance——

UNITED STATES POSTAL SERVICE

ATTN: RACHEL JOHNSON
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9610

CUSTOMER NUMBER: 52-1541123
LETTER DATE: October 16, 2006
TOTAL PAST DUE: $136,571.00

AMOUNT PAID: ______________

DISTRIBUTION POSTAL COMPANY
C/O LOUIS F HABER JR
PRESIDENT/CEO
6200 FRANKFORD AVE
BALTIMORE MD 21206-4902

MAIL TO:

USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9640

☐ Check here to change address, complete new address on reverse.
Write your customer number on your check or money order. Do not send cash.

0152-1541123 X0000013657100X

UNITED STATES
POSTAL SERVICE.

3192



# FINAL NOTICE

REF: Amount of past due debt owed to the U.S. Postal Service: $136,571.00
Account/TIN: 52-1541123

This is your final notice that your debt in the amount of $136,571.00 is past due. Please remit the balance in full now so we can clear your debt.

If you do not resolve your debt immediately, it will be sent to the U.S. Department of the Treasury (U.S. Treasury) for offset purposes, and a collection fee will be assessed.

If you have questions please contact us at phone number 1 (651) 681-1404, Monday through Friday (7:00 am - 3:30 pm, Central Time); fax us at 1 (651) 406-1259; or send an email to BWNKC0@USPS.GOV.

Sincerely,

Gary J. Laurant, Supervisor
Eagan Accounting Service Center

UNITED STATES POSTAL SERVICE

2724220



# Invoice

USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9640

INVOICE NO: 1380450
TERMS: 30 NET

INVOICE DATE: JUL-21-2008
DUE DATE : AUG-20-2008

DISTRIBUTION POSTAL COMPANY
C/O LOUIS F HABER JR
PRESIDENT/CEO
6200 FRANKFORD AVE
BALTIMORE MD 21206-4902

**Questions or correspondence:**

GARY LAURANT 651 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9616

| DESCRIPTION | QTY | UOM | ITEM AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|
| AMOUNT DUE THE U.S. POSTAL SERVICE PER INTL MAIL AGREEMENT FOR THE PERIOD OF 01/2006 – 12/2006. | 1 | EACH | 98,028.00 | $98,028.00 |
| | | | **AMOUNT DUE:** | **$98,028.00** |

| | |
|---|---|
| ISAL AMOUNT | $ 35,320.00 |
| IPA AMOUNT | 62,644.00 |
| GBE AMOUNT | 63.00 |
| M-BAGS AMOUNT | 1.00 |
| TOTAL | $ 98,028.00 |

Please contact Frank Cebello, Executive Director, Global Business Management, at 202-268-8058 with any questions regarding the invoice.

---To ensure proper credit to your account please return bottom portion with your remittance---

UNITED STATES POSTAL SERVICE

GARY LAURANT 651 681-1404
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9616

INVOICE DATE: JUL-21-2008
CUSTOMER NO: G0002090
REFERENCE NO:

DUE DATE: AUG-20-2008
INVOICE NO: 1380450
AMOUNT DUE: $98,028.00

AMOUNT PAID: __________.___

DISTRIBUTION POSTAL COMPANY
C/O LOUIS F HABER JR
PRESIDENT/CEO
6200 FRANKFORD AVE
BALTIMORE MD 21206-4902

MAIL TO:

USPS DISBURSING OFFICER
ACCOUNTING SERVICE CENTER
2825 LONE OAK PKWY
EAGAN MN 55121-9640

☐ Check here to change address, complete new address on reverse.
Write your customer number on your check or money order. Do not send cash.

01G0002090 X1380450 X000000009802800X