**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DISTRIBUTION POSTAL CONSULTANTS, INC.,** | * | |
| | * | |
| **Plaintiff,** | | |
| | * | **Case No.: 08-17C** |
| **v.** | | **(Judge Bruggink)** |
| | * | |
| **THE UNITED STATES,** | | |
| | * | |
| **Defendant.** | | |

*** * * * * * * * * * * * ***

**<u>PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME</u>**

Distribution Postal Consultants, Inc. respectfully requests that this Court grant an enlargement of time of twenty-one (21) days, to and including September 4, 2008, within which to file a new response and cross-motion for summary judgment pursuant to this Court's order dated June 27, 2008.

The Plaintiff's motion for an enlargement of time is necessary because additional time is required for undersigned counsel to gather evidence, specifically, an e-mail correspondence identified at the deposition of James J. Crawford, a witness for the Defendant. Enclosed herewith is an e-mail to Counsel for the Defendant requesting said document.

For the foregoing reasons, we respectfully request that this Court grant this consent motion for an enlargement of time of 21 days, to and including September 4, 2008, within which to file a new response and cross-motion for summary judgment.

Respectfully submitted,

Date: August 14, 2008

/s/ Michael S. Myers

Michael S. Myers

SCARLETT & CROLL, P.A.
201 North Charles Street, Suite 600
Baltimore, Maryland 21201
410-468-3100

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on this 14th day of August, 2008, a copy of the foregoing Plaintiff's Consent Motion for an Enlargement of Time was sent via first class mail, postage prepaid, to:

Matthew H. Solomson, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division, U. S. Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N. W.
Washington, D.C. 20530

/s/ Michael S. Myers
Michael S. Myers