**Michael S. Myers**

**From:** Michael S. Myers [mmyers@scarlettcroll.com]
**Sent:** Thursday, August 14, 2008 3:12 PM
**To:** 'Solomson, Matthew (CIV)'
**Subject:** RE: Activity in Case 1:08-cv-00017-EGB DISTRIBUTION POSTAL CONSULANTS, INC. v. USA Answer
**Attachments:** Page 60 and 61 of Deposition of James Crawford (00044031).pdf

Matt,
Pursuant to our telephone conversation, I would like to request one document that I would need to complete my response to your client's pleadings. Could you please provide the "copy of the email" that Mr. Dunbebin sent to Mr. Crawford that allegedly states "essentially I'm requesting a change in the name of the agreement." Mr. Crawford identified this document during his July 8, 2008 deposition (See pages 60-61). I have attached a copy of these pages from Mr. Crawford's transcript for your convenience. It is my understanding that you will facilitate the delivery of this one document without a formal request for production of documents. Please contact me if you have any questions.

Mike

Michael S. Myers, Esquire
SCARLETT & CROLL, P.A.
201 N. Charles Street, Suite 600
Baltimore, Maryland 21201
(Work) (410) 468-3100
(Fax) (410) 332-4026
(Cell) (410) 458-7875
E-Mail: mmyers@ScarlettCroll.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender and delete it from your computer. Unintended transmissions shall not constitute a waiver of the attorney-client or any other privilege.

IRS CIRCULAR 230 DISCLOSURE: Any statements regarding federal tax law contained in this communication (including any attachments) are not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by the IRS on the taxpayer or for promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

---

**From:** Solomson, Matthew (CIV) [mailto:Matthew.Solomson@usdoj.gov]
**Sent:** Thursday, August 14, 2008 1:14 PM
**To:** mmyers@scarlettcroll.com
**Subject:** RE: Activity in Case 1:08-cv-00017-EGB DISTRIBUTION POSTAL CONSULANTS, INC. v. USA Answer

Just left you a voicemail.

---

**From:** Michael S. Myers [mailto:mmyers@scarlettcroll.com]
**Sent:** Thursday, August 14, 2008 12:24 PM
**To:** Solomson, Matthew (CIV)
**Subject:** RE: Activity in Case 1:08-cv-00017-EGB DISTRIBUTION POSTAL CONSULANTS, INC. v. USA Answer

Matt,
Please call me. I'm trying to get an extention of time to refile my motion for summary judgment. All I would like is a copy of the email mentioned on page 61 of Crawford's transcript to include as an exhibit. If I can just get a copy I won't need the extention. Thanks.

Mike

Michael S. Myers, Esquire
SCARLETT & CROLL, P.A.
201 N. Charles Street, Suite 600
Baltimore, Maryland 21201
(Work) (410) 468-3100
(Fax) (410) 332-4026
(Cell) (410) 458-7875
E-Mail: mmyers@scarlettcroll.com

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender and delete it from your computer. Unintended transmissions shall not constitute a waiver of the attorney-client or any other privilege.

IRS CIRCULAR 230 DISCLOSURE: Any statements regarding federal tax law contained in this communication (including any attachments) are not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by the IRS on the taxpayer or for promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

---

**From:** Solomson, Matthew (CIV) [mailto:matthew.solomson@usdoj.gov]
**Sent:** Friday, August 01, 2008 10:47 AM
**To:** mmyers@scarlettcroll.com
**Subject:** FW: Activity in Case 1:08-cv-00017-EGB DISTRIBUTION POSTAL CONSULANTS, INC. v. USA Answer

FYI below and attached.

---

**From:** uscfc_cmecf@ao.uscourts.gov [mailto:uscfc_cmecf@ao.uscourts.gov]
**Sent:** Friday, August 01, 2008 10:33 AM
**To:** uscfc_cmecf@ao.uscourts.gov
**Subject:** Activity in Case 1:08-cv-00017-EGB DISTRIBUTION POSTAL CONSULANTS, INC. v. USA Answer

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**US Court of Federal Claims**

**United States Court of Federal Claims**

**Notice of Electronic Filing**

The following transaction was entered by Solomson, Matthew on 8/1/2008 at 10:32 AM EDT and filed on 8/1/2008

**Case Name:** DISTRIBUTION POSTAL CONSULANTS, INC. v. USA
**Case Number:** 1:08-cv-17
**Filer:** USA
**Document Number:** 18

**Docket Text:**
***Defendant's* ANSWER to [4] Transfer Complaint *and Defendant's Counterclaim*, filed by USA. (Attachments: # (1) Exhibit Exhibits D2 & D3)JPSR due by 9/22/2008.(Solomson, Matthew)**

**1:08-cv-17 Notice has been electronically mailed to:**

Robert Bacon Scarlett rscarlett@scarlettcroll.com

Matthew H. Solomson matthew.solomson@usdoj.gov, natcourts.dockets@usdoj.gov, national.courts@usdoj.gov

**1:08-cv-17 Notice will NOT be delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=8/1/2008] [FileNumber=626361-0] [15c8704171db27d40d68468e5433e1aa8ac3d74f5f0cf23a276a645b6ff79daa58053 5b7d6062fdd0db9ac9fa79b4ffb916d61be3cb38cbc346eaa1a36091b00]]
**Document description:**Exhibit Exhibits D2 & D3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=8/1/2008] [FileNumber=626361-1] [513c5547c97cb53aeb10df4774424507efefc7abb15a195d5b1dd07497213daa86aa5 7fc7c217398f283b278b79f5c76597954fe8f07f1d10162218155bdfec0]]

---

**Total Control Panel** Login

To: mmyers@scarlettcroll.com
From: matthew.solomson@usdoj.gov

Message Score: 1
My Spam Blocking Level: Medium

Block this sender
Block usdoj.gov

High (60): Pass
Medium (75): Pass
Low (90): Pass

*This message was delivered because the content filter score did not exceed your filter level.*

---

**Total Control Panel** Login

To: mmyers@scarlettcroll.com
From: matthew.solomson@usdoj.gov

Message Score: 1
My Spam Blocking Level: Medium

Block this sender

High (60): Pass
Medium (75): Pass
Low (90): Pass

Block usdoj.gov

*This message was delivered because the content filter score did not exceed your filter level.*