**Amended Certificate of Service**

I hereby certify that on this 15th day of August, 2008, a copy of the foregoing Plaintiff's Consent Motion for an Enlargement of Time was sent via first class mail, postage prepaid, to:

Matthew H. Solomson, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division, U. S. Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N. W.
Washington, D.C. 20530

/s/ Michael S. Myers
Michael S. Myers