**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DISTRIBUTION POSTAL CONSULTANTS, INC.,** | * | |
| | * | |
| **Plaintiff/ Counter-Defendant,** | * | **Case No.: 08-17C** |
| **v.** | | **(Judge Bruggink)** |
| | * | |
| **THE UNITED STATES,** | * | |
| **Defendant/ Counter-Plaintiff.** | * | |

* * * * * * * * * * * * *

**ANSWER TO COUNTER-COMPLAINT**

Distribution Postal Consultants, Inc., by Robert B. Scarlett, Michael S. Myers and Scarlett & Croll, P.A., answers the Counter-Complaint of the United States, and in response to each numbered paragraph, thereof, states:

1. Admits the allegations contained in Paragraph 42.

2. Admits the allegations contained in Paragraph 43.

3. Admits the allegations contained in Paragraph 44.

4. Admits the allegations contained in Paragraph 45.

5. Admits the allegations contained in Paragraph 46.

6. Admits the allegations contained in Paragraph 47.

7. Denies the allegations contained in Paragraph 48 for lack of knowledge or information sufficient to form a belief as to their truth.

8. Denies the allegations contained in Paragraph 49 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Denies the allegations contained in Paragraph 50 for lack of knowledge or information sufficient to form a belief as to their truth.

10. Denies the allegations contained in Paragraph 51 for lack of knowledge or information sufficient to form a belief as to their truth.

11. Denies the allegations contained in Paragraph 52 for lack of knowledge or information sufficient to form a belief as to their truth.

12. Admits the allegations contained in Paragraph 53.

13. Admits the allegations contained in Paragraph 54.

14. Denies the allegations contained in Paragraph 55 for lack of knowledge or information sufficient to form a belief as to their truth.

15. Admits the allegations contained in Paragraph 56.

16. Admits the allegations contained in Paragraph 57.

17. Admits the allegations contained in Paragraph 58.

18. Admits the allegations contained in Paragraph 59.

19. Denies the allegations contained in Paragraph 60 for lack of knowledge or information sufficient to form a belief as to their truth.

20. Admits the allegations contained in the first sentence of Paragraph 61 that in January 2007, DPC filed a complaint against the USPS in the United States District Court for the District of Maryland and denies the remainder of the allegations contained in Paragraph 61 for lack of knowledge or information sufficient to form a belief as to their truth.

21. Admits the allegations contained in Paragraph 62.

22. The allegations contained in Paragraph 63 constitute conclusions of law to which

no response is required; to the extent they may be deemed allegations of fact, they are denied.

23. The allegations contained in Paragraph 64 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

24. Denies the allegations contained in Paragraph 65.

AFFIRMATIVE DEFENSES

**FIRST DEFENSE**

Defendant/ Counter-Plaintiff's actions are barred by Estoppel.

**SECOND DEFENSE**

Defendant/Counter Plaintiff's actions are barred by Laches.

**THIRD DEFENSE**

Defendant/ Counter-Plaintiff's actions are barred by Waiver.

WHEREFORE, having fully answered the Counter-Complaint, Plaintiff/Counter-Defendant, Distribution Postal Consultants, Inc. hereby requests that the Counter-Complaint be dismissed, with costs.

/s/ Michael S. Myers
Michael S. Myers
SCARLETT & CROLL, P.A.
201 N. Charles St., Ste.
Baltimore, Maryland 21201
(410)-468-3100

*Attorneys for Plaintiff/ Counter-Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August, 2008, a copy of the foregoing Answer to Counter-Complaint was sent by first-class mail, postage prepaid to:

Matthew H. Solomson, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division, U. S. Department of Justice
Attn: Classification Unit, 8th floor
1100 L Street, N. W.
Washington, D.C. 20530

/s/ Michael S. Myers
Michael S. Myers